IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSIE HOFFMAN, | ) | |
| *Plaintiff* | ) | |
| CHRISTOPHER SEPULVADO, | ) | Civil  Action  No.  3:12-cv-00796-JJB-SCR |
| *Intervenor* | ) | |
| | ) | |
| v. | ) | Judge James Brady |
| BURL CAIN, Warden, | ) | |
| Louisiana State Penitentiary; | ) | |
| BOBBY JINDAL, Governor | ) | |
| of the State of Louisiana; | ) | |
| JAMES LEBLANC, Secretary, | ) | |
| of the Louisiana Department | ) | |
| of Public Safety and Corrections; | ) | |
| LOUISIANA DEPARTMENT OF | ) | |
| PUBLIC SAFETY AND CORRECTIONS; | ) | |
| ANGELA NORWOOD, Warden, | ) | |
| Death Row; | ) | |
| and JOHN DOES, unknown executioners, | ) | |
| *Defendants* | ) | |

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

Please take notice that intervenor Christopher Sepulvado hereby moves the Court for a preliminary injunction, enjoining the Defendants and all other officials and agents of the State of Louisiana from executing Mr. Sepulvado until this action is resolved. There is a strong likelihood that the present matter will succeed on the merits, the relative harm to the parties weighs in favor of Mr. Sepulvado, and Mr. Sepulvado has not unnecessarily delayed in bringing this motion for a preliminary injunction.

This *Motion* is based on the Mr. Sepulvado's *Intervenor's Complaint for Declaratory and Injunctive Relief and Damages*, Mr. Hoffman's *Original Complaint for Declaratory and Injunctive Relief and Damages*, this *Notice*, the *Memorandum of Points and Authorities*, in addition to all exhibits and papers filed in this action, and any evidence that may be admitted at the hearing.

DATE: January 31, 2013

Respectfully submitted,

___/s/_Gary Clements_____
Gary Clements, La. Bar Roll # 21978
Kathleen Kelly La. Bar Roll #25433
Capital Post-Conviction Project of Louisiana
1340 Poydras Street, Suite 1700
New Orleans, Louisiana 70112
Tel: (504) 212-2110; Facsimile: (504)212-2130
Counsel for Christopher Sepulvado

Waiver of service will be requested,
but the Defendants may be served
at the following addresses:

2

Defendant Bobby Jindal
900 North Third Street, 4th Floor
Baton Rouge, LA 70802
Defendant James LeBlanc
504 Mayflower Street
Baton Rouge, LA 70802

Defendant Burl Cain
17544 Tunica Trace
Angola, LA 70712

Defendant Angela Norwood
17544 Tunica Trace
Angola, LA 70712

Defendants John Does
Upon information and belief,
they are citizens of the United States
and residents of Louisiana.