UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JESSE HOFFMAN

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 12-796-JJB

## NOTICE AND ORDER

Considering the motions (docs. 11 and14) by Christopher Sepulvado to intervene and to enjoin his execution date presently set for February 13, 2013;

A status conference will be held on February 5, 2013, at 11:30 a.m. in chambers. Counsel wishing to participate by telephone shall contact chambers for permission (225-389-4030).

The clerk's office shall include Jacqueline B. Wilson (Shows, Cali & Walsh, LLP, 628 St. Louis Street, Baton Rouge, LA 7082; JBW@SCBLLP.com) on the docket sheet as representing the defendants in intervention.

Baton Rouge, Louisiana, February 1, 2013.

```
                              _____
                              JAMES J. BRADY, JUDGE
                              MIDDLE DISTRICT OF LOUISIANA
```