UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JESSIE HOFFMAN, ET AL.

VERSUS

BOBBY JINDAL, GOVERNOR
OF LOUISIANA, ET AL.

CIVIL ACTION

NO. 12-796-JJB

## ORDER

For reasons assigned in the record;

IT IS ORDERED that the motion (doc. 14) of intervenor, Christopher Sepulvado, for preliminary injunction enjoining his execution date, presently set for February 13, 2013, be and is hereby GRANTED until further orders of this court.

Baton Rouge, Louisiana, February 7, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA