UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JESSE HOFFMAN

VERSUS

BOBBY JINDAL, ET AL.

CIVIL ACTION

NO. 12-796-JJB

## NOTICE AND ORDER

Considering the motion (doc. 40) by defendants to dismiss filed on February 22, 2013;

Oppositions shall be filed within 21 days of the filing of the motion.

Any Reply shall be filed with 15 days of the filing of the opposition.

Baton Rouge, Louisiana, February 26, 2013.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA