UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JESSIE HOFFMAN

VERSUS

BURL CAIN, WARDEN, ET AL

CIVIL ACTION

NUMBER 12-796-JJB-SCR

### RULING ON MOTION FOR EXPEDITED DISCOVERY

Before the court is the Motion for Expedited Discovery filed by plaintiff Christopher Sepulvado. Record document number 72.

According to the motion, the defendants' responses to discovery requests served by plaintiff Jesse Hoffman are due by October 1, 2013. Plaintiff Sepulvado intends to rely on these discovery responses for the development of his own case. Plaintiff Hoffman wants an order for the defendants to timely serve their discovery responses.

No defendant has moved for an extension of the October 1 date to serve discovery responses. The motion does not suggest that plaintiff Hoffman would agree to an extension of time should the defendants seek one. No order is required at this time.

Accordingly, the plaintiff's Motion for Expedited Discovery is denied.

Baton Rouge, Louisiana, September 23, 2013.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE