IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN and )<br>CHRISTOPHER SEPULVADO )<br>    *Plaintiffs* )<br>)<br>v. )<br>)<br>BOBBY JINDAL, Governor of Louisiana; )<br>BURL CAIN, Warden, Louisiana State )<br>Penitentiary; JAMES LEBLANC, Secretary, )<br>Louisiana Department of Public Safety and )<br>Corrections; LOUISIANA DEPARTMENT OF )<br>PUBLIC SAFETY AND CORRECTIONS; )<br>ANGELA NORWOOD, Warden, Death Row; )<br>and JOHN DOES, unknown executioners, )<br>    *Defendants* ) | CIVIL ACTION<br><br>NO. 3:12-cv-00796<br><br>JUDGE JAMES BRADY<br><br>MAGISTRATE JUDGE<br>STEPHEN RIEDLINGER |

**AMENDED NOTICE OF EXECUTION WARRANT**
**FOR PLAINTIFF CHRISTOPHER SEPULVADO**

**MAY IT PLEASE THE COURT:**

On or about January 6, 2014, Judge Robert Burgess signed an execution warrant for Plaintiff Christopher Sepulvado for March 7, 2014. The previous warrant has now been vacated by Judge Burgess and the attached amended execution warrant has reset the date for February 5, 2014. Counsel for Mr. Sepulvado did not receive notice of the new execution date until today.

1

Respectfully submitted,

_____/s  Gary Clements_____
Gary Clements, La. Bar Roll # 21978
Kathleen Kelly La. Bar Roll #25433
Capital Post-Conviction Project of Louisiana
1340 Poydras Street, Suite 1700
New Orleans, LA 70112
Tel. (504)212-2110
Fax (504)212-2130
*Attorneys for Christopher Sepulvado*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and forgoing was filed electronically with the Clerk of Court using CM/ECF on this 10th day of January, 2014.  Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel for the Respondent.

_____/s Gary Clements_____
Gary Clements