UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JESSIE HOFFMAN, ET AL.

VERSUS

BOBBY JINDAL, ET AL.

CIVIL ACTION

NO.  12-796-JJB

## NOTICE TO COUNSEL

A conference presided by the undersigned and Magistrate Judge Riedlinger was held this date in chambers with counsel of record.

Discussion was had relative to the pending motions. Regarding the motions (doc. 105) for TRO and to stay execution, the parties have agreed to a 90 day TRO and will be submitting a proposed order for the court's signature this afternoon.  Counsel will list all of the entities that need to be notified of the order.

As to the outstanding motion (doc. 110) for discovery, counsel for defendants represented that they have produced all documents that they are currently aware of and they acknowledged their continuing duty to supplement if any other relevant information or responsive documents are found.  Based upon these representations, the motion (doc. 110) will be terminated.

Counsel shall confer relative to the motion (doc. 108) for sanctions and the magistrate judge will follow up as necessary.  The undersigned will rule shortly on the motion (doc. 104) for leave to file second amended complaint.

A hearing on the motion (doc. 105) for preliminary injunction is set for April 7, 2014, at 9:00 a.m. in Courtroom One.  It is anticipated that the hearing may take up to two weeks.

Counsel will promptly advise the magistrate judge of changes to the scheduling order deadlines for producing expert reports so as to accommodate the preliminary injunction hearing.

Baton Rouge, Louisiana, February 3, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

c: cv38a T-30 mins.