UNITED STATES SUPREME COURT
MIDDLE DISTRICT OF LOUISIANA

JESSIE HOFFMAN

VERSUS

BOBBY JINDAL, ET AL

CIVIL ACTION

NO. 12-796-JJB

**ORDER**

Considering the *Motion for Stay of Execution, a Temporary Restraining Order, a Preliminary Injunction, and an Order Under the All Writs Act Staying His Execution* recently filed on behalf of Plaintiff, CHRISTOPHER SEPULVADO; that Plaintiff's execution is currently scheduled for Wednesday, February 5, 2014, as scheduled per the *Amended Warrant of Execution in Capital Case* signed by Hon. Robert E. Burgess, Judge of the 42nd Judicial District Court of Louisiana on January 6, 2014; and that counsel for Defendants, BURL CAIN, Warden, Louisiana State Penitentiary, JAMES LEBLANC, Secretary, Louisiana Department of Public Safety and Corrections ("DOC"), and ANGELIA NORWOOD, Warden, Death Row, have conferred with Plaintiff's counsel and have agreed and consented to the issuance of a Temporary Restraining Order in this matter lasting for a period of 90 days from today's date;

**IT IS ORDERED** that the Temporary Restraining Order be issued in this matter, thereby restraining, enjoining, and prohibiting Defendants, their officers, agents, employees, servants, attorneys, and all persons in active concert or participation with them, from executing Plaintiff, CHRISTOPHER SEPULVADO, per the January 6, 2014 *Amended Warrant of Execution in Capital Case*, for a period of 90 days or through May 4, 2014, which will not require renewal by either party until such date; or until such time as this Court shall rule on the merits of Plaintiff's Motion for Preliminary Injunction, if it should be sooner than that date.

1

**IT IS FURTHER ORDERED** that the trial of Plaintiff's, CHRISTOPHER SEPULVADO, Motion for Preliminary Injunction shall begin on April 7 and shall last no more than 2 weeks.

**IT IS FURTHER ORDERED** that this Order is without prejudice to the rights of any party to seek from the Court the modification of this Order.

Signed in Baton Rouge, Louisiana, on February 3, 2014.

**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Send notice to the following:

Hon. Robert E. Burgess, Judge of the 42nd JDC
Clerk of Court for the Louisiana Supreme Court
Clerk of Court for the United States Court of Appeals for the Fifth Circuit
Clerk of Court for the United States Supreme Court