UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSIE HOFFMAN and<br>CHRISTOPHER SEPULVADO<br>*Plaintiffs* | )<br>)<br>)<br>) | CIVIL ACTION<br><br>NO. 12-796-JJB-SCR |
| v. | ) | JUDGE JAMES BRADY |
| BOBBY JINDAL, Governor of Louisiana,<br>et al.<br>*Defendants* | )<br>)<br>)<br>) | MAGISTRATE JUDGE<br>STEPHEN RIEDLINGER |

## ORDER ON MOTIONS TO INTERVENE

Considering the foregoing Motion to Intervene filed by Bobby Lee Hampton, record document number 94, Motion to Intervene filed by Nathaniel R. Code, record document number 95, and Motion to Intervene filed by Kevan Brumfield, record document number 101, and being advised on February 7, 2014 by a telephone call from counsel for the defendants that these motions will not be opposed.

**IT IS HEREBY ORDERED** that motions are GRANTED. Bobby Lee Hampton, Nathaniel R. Code and Kevan Brumfield are allowed to intervene as plaintiffs in *Jessie Hoffman v. Burl Cain, et al, Civil Action No. 3:12-cv-00796-JJB-SCR*.

Baton Rouge, Louisiana, February 8, 2014.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE