IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE HOFFMAN** | * | **CIVIL ACTION NO. 12-796** |
| **VERSUS** | * | **JUDGE JAMES BRADY** |
| **BURL CAIN ET AL.** | * | **MAG. JUDGE STEPHEN REIDLINGER** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

Considering the granted Joint Motion for continuance of the April 7, 2014 preliminary injunction hearing agreed to by both parties during the March 11, 2014, status conference with this Court.

**IT IS ORDERED** that the current Temporary Restraining Order be extended in this matter, thereby restraining, enjoining, and prohibiting Defendants, their officers, agents, employees, servants, attorneys, and all persons in active concert or participation with them, from executing Plaintiff, Christopher Sepulvado through July 23, 2014, which will not require renewal by either party until such date; or until such time as this Court shall rule on the merits of Plaintiff's Motion for Preliminary Injunction, if it should be sooner than that date.

**IT IS FURTHER ORDERED** that the trial of Plaintiff's Motion for Preliminary Injunction shall begin on June 16th, 2014 and shall last no more than 2 weeks.

**IT IS FURTHER ORDERED** that this Order is without prejudice to the rights of any party to seek from the Court the modification of this Order.

Signed in Baton Rouge, Louisiana, on March 13, 2014

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA