## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

RECEIVED
MAR 21 2014
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 12, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 14-30198   In re: James LeBlanc, et al
                  USDC No. 3:12-CV-796

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Connie Brown, Deputy Clerk
504-310-7671

Mr. Gary Patrick Clements
Mr. Jeffrey K. Cody
Ms. Letty Spring Di Giulio
Ms. Donna Gregory
Mr. James Leslie Hilburn
Ms. Kathleen Ann Kelly
Ms. Mercedes Hardy Montagnes
Mr. Michael David Rubenstein
Mr. Edmond Wade Shows
Mr. Jonathan Samuel Sweeney
Ms. Cecelia Trenticosta
Mr. Nicholas Joseph Trenticosta
Mr. Jacqueline Bordelon Wilson

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 14-30198

In re: JAMES M. LEBLANC, Secretary, Louisiana Department of Public Safety and Corrections; BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY; ANGELA NORWOOD, Warden, Death Row; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,

        Petitioners

Petition for a Writ of Mandamus to the
Middle District of Louisiana, Baton Rouge

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the district court's order of March 5, 2014 (Dkt. No. 143) is TEMPORARILY STAYED until further order of this court to allow this court sufficient time to consider the State's petition for a writ of mandamus and/or prohibition.

    IT IS FURTHER ORDERED that the plaintiffs-respondents be directed to file a response to the petition no later than Tuesday, March 18, 2014, at 5:00 p.m.