IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSIE HOFFMAN and | ) | |
| CHRISTOPHER SEPULVADO | ) | |
| *Plaintiffs* | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | NO. 3:12-cv-00796 |
| BOBBY JINDAL, Governor of Louisiana; | ) | |
| BURL CAIN, Warden, Louisiana State | ) | JUDGE JAMES BRADY |
| Penitentiary; JAMES LEBLANC, Secretary, | ) | |
| Louisiana Department of Public Safety and | ) | MAGISTRATE JUDGE |
| Corrections; LOUISIANA DEPARTMENT OF | ) | STEPHEN RIEDLINGER |
| PUBLIC SAFETY AND CORRECTIONS; | ) | |
| ANGELA NORWOOD, Warden, Death Row; | ) | |
| and JOHN DOES, unknown executioners, | ) | |
| *Defendants* | ) | |

**CHRISTOPHER SEPULVADO'S SECOND MOTION TO COMPEL**

**MAY IT PLEASE THE COURT:**

NOW COMES Plaintiff Christopher Sepulvado, and hereby respectfully moves this Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure, to compel discovery by all Defendants. A memorandum in support of this motion is attached.

In accordance with the above Rules, the Plaintiffs hereby certify that they conferred with the Defendants and were unable to reach an agreement.

Respectfully submitted,

/s Cecelia Trenticosta Kappel

1

> Cecelia Trenticosta Kappel (Bar No. 32736)
> Mercedes Montagnes (Bar No. 33287)
> The Promise of Justice Initiative
> 636 Baronne Street
> New Orleans, LA 70113
> Tel. (504) 529-5955
> Fax (504) 558-0378
>
> *Attorneys for Christopher Sepulvado*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and forgoing was filed electronically with the Clerk of Court using CM/ECF on this 14th day of April, 2014. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel for the Respondent.

> /s Cecelia Trenticosta Kappel
> Cecelia Trenticosta Kappel