IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN,     )<br>     *Plaintiff*     )<br>CHRISTOPHER SEPULVADO,     )<br>     *Intervenor*     )<br>     )<br>v.     )<br>     )<br>BURL CAIN, Warden, Louisiana State     )<br>Penitentiary; BOBBY JINDAL, Governor     )<br>of Louisiana; JAMES LEBLANC, Secretary,     )<br>Louisiana Department of Public Safety and     )<br>Corrections; LOUISIANA DEPARTMENT OF     )<br>PUBLIC SAFETY AND CORRECTIONS;     )<br>ANGELA NORWOOD, Warden, Death Row;     )<br>and JOHN DOES, unknown executioners,<br>     *Defendants* | Civil Action No. 12-796-JJB-SCR |

**CONSENT ORDER**

Upon the request of Defendants, the status conference scheduled on June 25, 2015 is canceled and, upon agreement of all parties,

IT IS ORDERED that the proceedings in this matter are further stayed through July 11, 2016.  The Court will hold a status conference on Monday, July 11, 2016 at 1:30 p.m. to set a new trial date and issue a new scheduling order.

IT IS FURTHER ORDERED that all proceedings and discovery are stayed and all trial settings and other deadlines are hereby set aside, to be reset on July 11, 2016.   All motions presently on file shall remain under advisement pending further orders of the Court.

IT IS FURTHER ORDERED that the Defendants shall not carry out any executions of any of the Plaintiffs while this stay is in effect. The parties agree that this stay will not be construed as dilatory or causing unnecessary delay by any party.

1

IT IS FURTHER ORDERED that the temporary restraining order regarding the execution of Christopher Sepulvado shall remain in effect through July 11, 2016, but may be extended thereafter by further order of this Court pending a full hearing on Mr. Sepulvado's request for preliminary injunction.

Dated this  23rd  day of June 2015, in Baton Rouge, Louisiana.

_____
HON. JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA