UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSIE HOFFMAN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-796-JJB-EWD** |
| **BOBBY JINDAL, ET AL.** | |

### STATUS CONFERENCE REPORT

A telephone status conference was held before Magistrate Judge Erin Wilder-Doomes on May 20, 2016, with the following participants:

**PRESENT:**

**Michael Rubenstein**
Counsel for plaintiff
Jessie Hoffman

**Cecelia Kappel**
Counsel for plaintiff
Jessie Hoffman

**Mercedes Montagnes**
Counsel for plaintiffs
Jessie Hoffman and
Christopher Sepulvado
and intervenor-plaintiff
Kevan Brumfield

**Gary Clements**
Counsel for plaintiff and
intervenor Christopher Sepulvado
and intervenor-plaintiff
Nathaniel Code

**Douglas Swenson**
Counsel for defendants
Angela Norwood, Burl
Cain and John Does

**James Hilburn**
Counsel for defendants
Angela Norwood, Burl
Caine James M. LeBlanc

**Jeffrey Cody**
Counsel for defendants
Angela Norwood, Burl
Cain, James M. LeBlanc
And John Does

**Nicholas Trenticosta**
Counsel for intervenor
plaintiff Kevan Brumfield

**Letty Di Giulio**
Counsel for intervenor
Plaintiff Bobby Lee
Hampton

**Elizabeth Baker Murrill**
Movant to enroll as additional
counsel for Angela Norwood, Burl
Cain, La. Dept. Public Safety and
Corrections, James LeBlanc

C: cv38a; T:10

Counsel discussed the status of this matter. Specifically, the court questioned counsel about the Consent Order entered on June 23, 2015 staying all proceedings in this matter through July 11, 2016, as well as imposing a stay of any executions of any Plaintiffs, and extending the temporary restraining order in effect with regard to the execution of Christopher Sepulvado. (R. Doc. 188) Counsel seemed to be in agreement that a continuance of the stay for another year was appropriate. Ms. Murrill is going to confirm that the Louisiana Department of Public Safety and Corrections does not object to a stay.

If all parties are in agreement that the stay should be continued for another year, they will file a joint request to continue the stay no later than **June 17, 2016.** If all parties are not in agreement to continue the stay, the parties seeking to continue the stay shall file their request no later than **June 17, 2016** and note that there is opposition.

Ms. Montagnes also advised the court that The Promise of Justice Initiative may seek leave to intervene in this matter on behalf of other similarly situated individuals. Because of prescription issues, Ms. Montagnes wanted to make the court aware a motion to intervene would likely have to be filed while the stay is in effect if it is continued beyond July 11, 2016.

Signed in Baton Rouge, Louisiana, on May 26, 2016.

                                       */s/ Erin Wilder-Doomes*
                                       **ERIN WILDER-DOOMES**
                                       **UNITED STATES MAGISTRATE JUDGE**

C: cv38a; T:10