UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, ET AL.<br>*Plaintiff*<br><br>CHRISTOPHER SEPULVADO<br>*Intervenor*<br><br>v.<br><br>BOBBY JINDAL, ET AL.<br>*Defendants* | Civil Action No. 12-796-JJB-EWD |

## **CONSENT ORDER**

Upon the request of Defendants, the status conference scheduled on July 11, 2016 is cancelled and, upon agreement of all parties,

It is ordered that the proceedings in this matter are further stayed through January 8, 2018. The Court will hold a status conference on Monday, January 8, 2018 at 1:30 p.m. to set a new trial date and issue a new scheduling order.

IT IS FURTHER ORDERED that all proceedings are stayed and all trial settings and other deadlines are hereby set aside to be reset on January 8, 2018. All motions presently on file shall remain under advisement pending further orders of the Court.

IT IS FURTHER ORDRED that the Defendants shall not carry out any executions of any of the Plaintiffs while this stay is in effect. The Parties agree that this stay will not be construed as dilatory or causing unnecessary delay by any party.

IT IS FURTHER ORDERED that the temporary restraining order regarding the execution of Christopher Sepulvado shall remain in effect through January 8, 2018, but may be

extended thereafter by further order of this Court pending a full hearing on Mr. Sepulvado's request for preliminary injunction.

Dated this 31ST day of May 2016, in Baton Rouge, Louisiana.

_____
Hon. James J. Brady
United States District Judge
Middle District of Louisiana