UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JESSIE HOFFMAN, ET AL.**                                   **CIVIL ACTION**

**VERSUS**                                                            **NO. 12-796-JJB-EWD**

**BOBBY JINDAL, GOVERNOR
OF LOUISIANA, ET AL.**

### ORDER ON UNOPPOSED MOTIONS TO INTERVENE

Before the Court are two Motions to Intervene, filed by Daniel Joseph Blank and Jarrell Neal (collectively, "proposed Intervenors").[1] Proposed Intervenors seek to intervene in this suit pursuant to Fed. R. Civ. P. 24(a) & (b). The proposed Intervenors assert that counsel for Jessie Hoffman was contacted and has no objection to their intervention in this case.[2] Additionally, the time period for opposing the Motions has passed and no party has submitted an opposition.

Pursuant to a prior Ruling and Order[3] the undersigned granted Motions to Intervene filed by Todd Kelvin Wessinger,[4] Daniel Irish[5] and Shedran Williams[6] under similar facts. For the same reasons as those set forth in the prior Ruling and Order,[7] the Motions to Intervene filed by Daniel Joseph Blank and Jarrell Neal are **GRANTED.**[8]

---

[1] R. Docs. 208 and 209.
[2] R. Doc. 208-1 at 2-3; R. Doc. 209-1 at 2-3.
[3] R. Doc. 201.
[4] R. Doc. 198.
[5] R. Doc. 199.
[6] R. Doc. 200.
[7] R. Doc. 201.
[8] Magistrate judges may "hear and determine" non-dispositive pre-trial motions pursuant to 28 U.S.C. § 636(b)(1)(A). "A motion to intervene is considered a non-dispositive motion." *Johnson v. Qualawash Holdings, LLC*, 2013 WL 3050021, at *2 (W.D. La. June 17, 2013) (citing *S.E.C. v. Koirnman*, 2006 WL 148733, at *2 (N.D. Tex. Jan. 18, 2006)). *See also, Stephens v. State Farm and Cas. Co.*, 2010 WL 1292719, at *3 (E.D. La. March 8, 2010) ("The portion of Road Home's motion seeking leave to intervene is a non-dispositive matter which I may address by order.").

Accordingly,

**IT IS HEREBY ORDERED** that the Intervenor's Complaint for Declaratory and Injunctive Relief, filed by Daniel Joseph Blank,[9] and the Intervenor's Complaint for Declaratory and Injunctive Relief, filed by Jarrell Neal,[10] shall be filed into the record in this matter.

Signed in Baton Rouge, Louisiana, on June 13, 2017.

*[signature: Erin Wilder-Doomes]*

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[9] R. Doc. 208-2.
[10] R. Doc. 209-2.