UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN and<br>CHRISTOPHER SEPULVADO *et al*,<br>    Plaintiffs<br><br>v.<br><br>BOBBY JINDAL, Governor of<br>Louisiana, *et al.*,<br>    Defendants | )<br>)<br>)<br>)    Civil Action No. 12-796-JJB-EWD<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE
AND EXTEND STAY**

NOW INTO COURT, through undersigned counsel, comes Jessie Hoffman, plaintiff in the above-captioned civil action, who moves this Court to continue the status conference presently set for January 8, 2018, and, further, extend the stay and terms of Consent Orders (Rec. Docs. 178, 188, and 197) previously entered by this Court through the date of the re-set status conference. In support of this motion, Mr. Hoffman represents as follows:

On January 3, 2018, undersigned counsel spoke with counsel for the Defendants, Jeffrey Cody, to discuss the status of the case and the Consent Order entered on May 31, 2016 (Dkt. No. 197). The Consent Order stayed all proceedings in this matter through January 8, 2018, imposed a stay of any executions of any Plaintiffs, extended the temporary restraining order in effect with regard to the execution of Christopher Sepulvado), and set a status conference for January 8, 2016. In light of the untimely death of United States District Judge James J. Brady and the need to have this case assigned to another district judge, undersigned counsel and Mr. Cody agreed that it would be appropriate to (i) seek to have the status conference reset and (b) extend the stay until such time as this case is assigned to a district judge and a status conference can be held. Undersigned counsel has conferred with counsel for all other parties to this action who have advised that they have no objection to this motion.

Accordingly, Jessie Hoffman moves this Court to continue the status conference set for January 8, 2018, and extend the stay and terms of the Consent Orders previously entered by

this Court through the date of the re-set status conference.

          Respectfully submitted,

          */s/ Michael D. Rubenstein*

          Michael D. Rubenstein (Bar No. 22860)
          Liskow & Lewis
          1001 Fannin Street, Suite 1800
          Houston, TX 77002
          Tel. (713) 651-2953
          Fax (713) 651-2952

          *Attorney for Jessie Hoffman*

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record by electronic mail by the Clerk of the Court via the CM/ECF system, by placing same in the United States mail, properly addressed and postage prepaid, by facsimile, and/or by electronic mail in accordance with the Federal Rules of Civil Procedure this 3rd day of January, 2017.

          */s/ Michael D. Rubenstein*
          Michael D. Rubenstein (Bar No. 22860)