UNITED STATES DISTRICT

COURT MIDDLE DISTRICT OF

LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN and CHRISTOPHER SEPULVADO *et al*, Plaintiffs, ) ) ) ) | |
| v. ) ) | Civil Action No. 12-796-JJB-EWD |
| BOBBY JINDAL, Governor of Louisiana, *et al.*, Defendants ) ) ) ) | |

### CONSENT ORDER

Considering the Unopposed Motion to Continue Status Conference and Extend Stay filed on January 4, 2018, the status conference scheduled on January 8, 2018, is cancelled and, upon agreement of all parties,

IT IS FURTHER ORDERED that all proceedings are stayed and all trial settings and other deadlines are hereby set aside until this matter is re-allotted and a status conference is held.

IT IS FURTHER ORDERED that the Defendants shall not carry out any executions of any of the Plaintiffs while this stay is in effect. The Parties agree that this stay will not be construed as dilatory or causing unnecessary delay by any party.

IT IS FURTHER ORDERED that the temporary restraining order regarding the execution of Christopher Sepulvado shall remain in effect until this matter is re-allotted and a status conference can be held, but may be extended thereafter by further order of this Court pending a full hearing on Mr. Sepulvado's request for preliminary injunction.

Dated this_____4_____day of January 2018, in Baton Rouge, Louisiana.

UNITED STATES DISTRICT JUDGE