UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JESSIE HOFFMAN, ET AL.**                          **CIVIL ACTION**

**VERSUS**                                          **NO. 12-796-SDD-EWD**

**BOBBY JINDAL, GOVERNOR
OF LOUISIANA, ET AL.**

## ORDER

Before the Court is a Motion to Intervene, filed by James Tyler.[1] Tyler seeks to intervene in this suit pursuant to Fed. R. Civ. P. 24(a) & (b).[2] Tyler asserts that counsel for Jessie Hoffman was contacted and has no objection to his intervention in this case.[3] Additionally, the time period for opposing the Motion has passed and no party has submitted an opposition.

Pursuant to a prior Ruling and Order[4] the undersigned granted Motions to Intervene filed by Todd Kelvin Wessinger,[5] Daniel Irish[6] and Shedran Williams[7] under similar facts. The undersigned has also granted Motions to Intervene filed by Daniel Joseph Blank[8] and Jarrell Neal[9] based upon similar facts.[10] For the same reasons as those set forth in the two prior Rulings and Orders,[11] the Motion to Intervene filed by James Tyler is **GRANTED.**[12]

---

[1] R. Doc. 219.
[2] R. Doc. 219-1 at p. 2.
[3] *Id.* at p. 3.
[4] R. Doc. 201.
[5] R. Doc. 198.
[6] R. Doc. 199.
[7] R. Doc. 200.
[8] R. Doc. 208.
[9] R. Doc. 209.
[10] *See*, R. Doc. 210.
[11] R. Docs. 201 and 210.
[12] Magistrate judges may "hear and determine" non-dispositive pre-trial motions pursuant to 28 U.S.C. § 636(b)(1)(A). "A motion to intervene is considered a non-dispositive motion." *Johnson v. Qualawash Holdings, LLC*, Civ. A. No. 2:12CV-0885-PM-KK, 2013 WL 3050021, at *2 (W.D. La. June 17, 2013) (citing *S.E.C. v. Koirnman*, Civ. An. No. 3:04CV1803L, 2006 WL 148733, at *2 (N.D. Tex. Jan. 18, 2006)). *See also, Stephens v. State Farm*

Accordingly,

**IT IS HEREBY ORDERED** that the Intervenor's Complaint for Declaratory and Injunctive Relief, filed by James Tyler,[13] shall be filed into the record in this matter.

Signed in Baton Rouge, Louisiana, on February 14, 2018.

                          **ERIN WILDER-DOOMES**
                          **UNITED STATES MAGISTRATE JUDGE**

---

*and Cas. Co.*, Civ. A. No. 07-2433, 2010 WL 1292719, at *3 (E.D. La. March 8, 2010) ("The portion of Road Home's motion seeking leave to intervene is a non-dispositive matter which I may address by order.").
[13] R. Doc. 219-2.