IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, et al.<br>*Plaintiffs*<br><br>v.<br><br>BURL CAIN, Warden, Louisiana State Penitentiary; BOBBY JINDAL, Governor of Louisiana; JAMES LEBLANC, Secretary, Louisiana Department of Public Safety and Corrections; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; ANGELA NORWOOD, Warden, Death Row; and JOHN DOES, unknown executioners,<br>*Defendants* | Civil Action No. 12-796-SDD-EWD |

**ORDER**

Upon the request of Defendants, the status conference scheduled on July 17, 2018 is CANCELED and, upon agreement of all parties,

IT IS ORDERED that the proceedings in this matter are further stayed through July 18, 2019, upon which date the Court will hold a Telephone Status Conference at 2:30 p.m. to set a new trial date and issue a new Scheduling Order.

IT IS FURTHER ORDERED that all proceedings and discovery are stayed and all trial settings and other deadlines are hereby set aside, to be reset by the Court by separate order. All motions presently on file shall remain under advisement pending further orders of the Court.

IT IS FURTHER ORDERED that the Defendants shall not carry out any executions of any of the Plaintiffs while this stay is in effect. The parties agree that this stay will not be construed as dilatory or causing unnecessary delay by any party.

IT IS FURTHER ORDERED that the temporary restraining order regarding the execution of Christopher Sepulvado shall remain in effect through July 26, 2019, but may be extended thereafter by further order of this Court pending a full hearing on Mr. Sepulvado's request for preliminary injunction.

Dated this  16  day of July 2018, in Baton Rouge, Louisiana.

HON. SHELLY D. DICK
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA