UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE HOFFMAN** | : | **CIVIL ACTION** |
| *Plaintiff* | | |
| | : | **NO. 12-cv-796** |
| **VERSUS** | | |
| | : | **JUDGE SHELLY D. DICK** |
| **BURL CAIN**, Warden, Louisiana State Penitentiary; **BOBBY JINDAL**, Governor of Louisiana; **JAMES LEBLANC**, Secretary, Louisiana Department of Public Safety and Corrections; **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**; **ANGELA NORWOOD**, Warden, Death Row; and **JOHN DOES**, unknown executioners, | : | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |
| *Defendants* | | |

## MOTION TO INTERVENE OR IN THE ALTERNATIVE MOTION FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes Jeff Landry, the Attorney General for the State of Louisiana, seeking an order from this Court to allow him to intervene in the defense of this matter pursuant to Fed. R. Civ. P. 24(a)(2) because the factors weigh in favor of his being permitted to intervene. As set forth more fully in the accompanying memorandum, the Attorney General's motion is timely, he has an interest related to the underlying controversy in this case, the outcome of the case may impede his ability to protect that interest, and his interest is not adequately represented by the existing parties in the suit.

**WHEREFORE,** Attorney General Jeff Landry requests that this Court allow him to intervene in this lawsuit.

1

       Respectfully submitted,
       JEFF LANDRY
       ATTORNEY GENERAL

BY: /s/ *Elizabeth B. Murrill*
    Elizabeth Baker Murrill (La. Bar #20685)
    *Solicitor General*
    J. Scott St. John (La. Bar #36682)
    *Deputy Solicitor General*
    LOUISIANA DEPARTMENT OF JUSTICE
    1885 North Third Street
    Post Office Box 94005
    Baton Rouge, Louisiana 70804-9005
    Telephone No. 225-326-6766
    Facsimile No. 225-326-6793
    E-Mail Address: murrille@ag.louisiana.gov
    stjohnj@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

**I CERTIFY** I have served the foregoing was filed electronically and served on counsel for the parties by electronic notification by CM/ECF on July 31, 2019.

      /s/ *Elizabeth B. Murrill*
       Elizabeth Baker Murrill