UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 1, 2019
CHIEF DISTRICT JUDGE SHELLY D. DICK

**HOFFMAN, ET AL.**                                                             CIVIL ACTION

**VERSUS**
                                                                                              12-796-SDD-EWD
**JINDAL, ET AL.**

This cause came on this day for a *Telephone Status Conference*.

**PRESENT:**   Michael Rubenstein, Esq.
Jim Boren, Esq.
Mercedes Montagnes, Esq.
Cecelia Kappel, Esq.
Gary Clements, Esq.
Letty Di Giulio, Esq.
Elizabeth Bakale-Wise, Esq.
**Counsel for Plaintiffs**

Jeffrey Cody, Esq.
Elizabeth Murrill, Esq.
**Counsel for Defendants**

Counsel identify themselves.

The Court and Parties discuss Defendant's pending *Motion to Intervene*.[1]

Court orders Plaintiffs to file a joint response to the Motion on or before the close of business on 9/4/2019.

Pending the Court's ruling on the intervention, these proceedings and any executions are hereby STAYED.

Following a ruling on the *Motion to Intervene*, the matter will be referred to the Magistrate Judge for purposes of setting a *Scheduling Conference* to resume discovery.

\* \* \* \* \*

Cv36/0.50

---

[1] Rec. Doc. 232.