UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JESSIE HOFFMAN

  Plaintiffs,

    v.

BURL CAIN, Warden, Louisiana State Penitentiary; BOBBY JINDAL, Governor) of Louisiana; JAMES LEBLANC, Secretary, Louisiana Department of Public Safety and Corrections; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND ORRECTIONS; ANGELA NORWOOD, Warden, Death Row;
and JOHN DOES, unknown executioners,

  Defendants.

No. 3:12-cv-00796-SDD-EWD

## ORDER

Considering the foregoing *Motion to Enroll Additional Counsel*,

**IT IS ORDERED** that Jonathan Vining, General Counsel (La. Bar No. 30781) be and is hereby enrolled as additional counsel for Defendants in this matter.

Signed in Baton Rouge, Louisiana the 6th day of August, 2019.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**