UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN | CIVIL ACTION 12-796 |
| VERSUS | JUDGE SHELLY DICK |
| BOBBY JINDAL ET AL. | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

ORDER

Considering the foregoing *Motion to Withdraw as Counsel of Record* filed by BOBBY HAMPTON,

IT IS HEREBY ORDERED that the *Motion to Withdraw as Counsel of Record* is GRANTED and J. Sam Sweeney is hereby WITHDRAWN as counsel of record for Mr. Hampton in this matter.

Baton Rouge, Louisiana, this 30 day of August, 2019.

JUDGE SHELLY DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA