UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSIE HOFFMAN, *et al*,<br>Plaintiffs, | )<br>)<br>) | |
| v. | ) | Civil Action No. 12-796-SDD-EWD |
| BOBBY JINDAL, Governor of<br>Louisiana, *et al.*,<br>Defendants | )<br>)<br>)<br>) | |

## ORDER

Considering the *Motion to Withdraw as Counsel of Record* filed by Amanda Zarrow, Esq.,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record is **GRANTED** and Amanda Zarrow (La. Bar. Roll No. 38105) is hereby **WITHDRAWN** as counsel of record for Plaintiffs.

Baton Rouge, Louisiana, on this 30 day of August, 2019.

_____
Chief Judge Shelly D. Dick