IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN and <br> CHRISTOPHER SEPULVADO <br> *Plaintiffs* <br><br> v. <br><br> BOBBY JINDAL, Governor of Louisiana; <br> BURL CAIN, Warden, Louisiana State <br> Penitentiary; JAMES LEBLANC, Secretary, <br> Louisiana Department of Public Safety and <br> Corrections; LOUISIANA DEPARTMENT OF <br> PUBLIC SAFETY AND CORRECTIONS; <br> ANGELA NORWOOD, Warden, Death Row; <br> and JOHN DOES, unknown executioners, <br> *Defendants* | CIVIL ACTION <br><br> NO. 3:12-cv-00796 <br><br> JUDGE SHELLY DICK <br><br> MAGISTRATE JUDGE <br> ERIN WILDER-DOOMES |

## MOTION TO INTERVENE

COME NOW Anthony Bell, Jason Reeves, Willie Tart, Allen Robertson, Dustin Dressner, and Henri Broadway, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 24, who move this Court to grant them permission to intervene as Plaintiffs in the above lawsuit.

/s/ Mercedes Montagnes

Cecelia Trenticosta Kappel (La. Bar No. 32736)
Mercedes Montagnes (La. Bar No. 33287)
The Promise of Justice Initiative
1024 Elysian Fields Ave.
New Orleans, LA 70117
Tel. (504) 529-5955
Fax (504) 595-8006
Email: mmercedes@defendla.org
           ckappel@defendla.org

*Counsel for Anthony Bell, Jason Reeves, Willie Tart, Allen Robertson, Dustin Dressner, and Henri Broadway*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and forgoing was filed electronically with the Clerk of Court using CM/ECF on this day September 30, 2019.  Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel for the Defendants.

/s Mercedes Montagnes
Mercedes Montagnes