# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE HOFFMAN** | * | **CIVIL ACTION No. 12-796** |
| **VERSUS** | * | **JUDGE SHELLY D. DICK** |
| **BOBBY JINDAL, ET AL.** | * | **MAG. JUDGE ERIN WILDER-DOOMES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO SET STATUS CONFERENCE

NOW INTO COURT, through undersigned counsel, come Defendants, Secretary James M. LeBlanc, Warden Darrel Vannoy, and Assistant Warden Chad Oubre, who move this Court to set a status conference in this matter for the reasons set forth in the attached memorandum.

Respectfully Submitted,

  /s/ Jeffrey K. Cody
Jeffrey K. Cody (La. Bar # 28536)
jeffreyc@scwllp.com
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis Street (70802)
P.O. Drawer (4425
Baton Rouge, Louisiana 70821
Telephone:(225) 346-1461
Facsimile: (225) 346-1467

Elizabeth Murrill (La. Bar Roll No. 20685)
*Assistant Attorney General*
Louisiana Department of Justice
1885 North 3rd Street
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6200
Facsimile: (225) 326-6297
Email: MurrillE@ag.louisiana.gov

**Counsel for Defendants**

## ***CERTIFICATE OF SERVICE***

  I certify that a copy of the foregoing was electronically filed with the CM/ECF system and has been served electronically upon counsel for Plaintiffs via the CM/ECF system, on this 29th day of June, 2021.

              /s/ Jeffrey K. Cody
              Jeffrey K. Cody