# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSIE HOFFMAN | * | CIVIL ACTION No. 12-796 |
| VERSUS | * | JUDGE SHELLY D. DICK |
| BOBBY JINDAL, ET AL. | * | MAG. JUDGE ERIN WILDER-DOOMES |

*******************************************************************************

### MEMORANDUM IN SUPPORT OF
### MOTION TO SET STATUS CONFERENCE

NOW INTO COURT, through undersigned counsel, come Defendants, Secretary James M. LeBlanc, Warden Darrel Vannoy, and Assistant Warden Chad Oubre (collectively "Defendants"), who move this Court to set a status conference.

This matter was previously stayed by virtue of a Consent Order dated May 27, 2014 (Doc. 178). The stay was thereafter extended by consent of the parties on various occasions.

Pursuant to this Court's minute entry dated August 1, 2019 (Doc. 236), the stay was to remain in effect until this Court had made a ruling concerning the State of Louisiana's motion to intervene in this proceeding (Doc. 232). This Court recently denied the motion to intervene on June 8, 2021 (Doc. 254). However, it is not clear whether this Court's June 8, 2021 ruling was sufficient to lift the stay on its own or if it was merely intended to mark the occasion for a forthcoming order formally lifting the stay.

It was also the Defendants' understanding that, pursuant to the August 1, 2019 minute entry, a scheduling conference would be held with the Magistrate Judge to set deadlines, which has not yet occurred.

Defendants therefore request that a status conference be scheduled with the Magistrate Judge at her earliest convenience so that the parties may receive clarification concerning the stay and to discuss the status of this matter, including the scheduling of deadlines.

Counsel for Plaintiffs was contacted to see if they had any opposition to this motion being filed but undersigned has not heard back at this time.

1

Accordingly, Defendants respectfully move this Court to set a status conference in this matter.

Respectfully Submitted,

  /s/ Jeffrey K. Cody
Jeffrey K. Cody (La. Bar # 28536)
jeffreyc@scwllp.com
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis Street (70802)
P.O. Drawer (4425
Baton Rouge, Louisiana 70821
Telephone:(225) 346-1461
Facsimile:  (225) 346-1467

Elizabeth Murrill (La. Bar Roll No. 20685)
*Assistant Attorney General*
Louisiana Department of Justice
1885 North 3rd Street
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6200
Facsimile: (225) 326-6297
Email: MurrillE@ag.louisiana.gov

**Counsel for Defendants**


### *CERTIFICATE OF SERVICE*

I certify that a copy of the foregoing was electronically filed with the CM/ECF system and has been served electronically upon counsel for Plaintiffs via the CM/ECF system, on this 29th day of June, 2021.

  /s/ Jeffrey K. Cody
Jeffrey K. Cody