# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE HOFFMAN** | * | **CIVIL ACTION No. 12-796** |
| **VERSUS** | * | **JUDGE SHELLY D. DICK** |
| **BOBBY JINDAL, ET AL.** | * | **MAG. JUDGE ERIN WILDER-DOOMES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering Defendants' *Motion to Set Status Conference*;

**IT IS ORDERED** that the motion is hereby granted and a status conference shall be held with counsel for all parties and Magistrate Judge Wilder-Doomes on the ____day of _____, 2021, at __:__ __.M.

Baton Rouge, Louisiana on this ____ day of _____, 2021.

                                                                    _____
                                                                    SHELLY D. DICK
                                                                    U.S. DISTRICT JUDGE