# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOFFMAN | CIVIL ACTION |
| VERSUS | 12-796-SDD-EWD |
| JINDAL, ET AL. | |

## ORDER

**IT IS HEREBY ORDERED** that this matter is no longer stayed and the Clerk of Court shall reopen this case.

Signed in Baton Rouge, Louisiana on June 30, 2021.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**