UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JESSIE HOFFMAN, ET AL.**                                     CIVIL ACTION

**VERSUS**

**NO. 12-796-SDD-EWD**

**BOBBY JINDAL, ET AL.**

**ORDER**

**The deadlines established below are based on the parties' submissions, as modified by the court, and are final deadlines.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is **December 17, 2021.**[1] Regardless of whether leave is timely under this provision, a party seeking to amend must comply with the requirements of Fed. R. Civ. Proc. 15.

2. Discovery must be completed as follows:

   a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **n/a**

   b. **Filing** all discovery motions and **completing** all discovery except experts: **July 15, 2022**

   **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

   c. Disclosure of identities and resumés of experts:
      **Plaintiff(s):**      **July 29, 2022**
      **Defendant(s):**   **August 12, 2022**

   d. Expert reports must be submitted to opposing parties as follows:
      **Plaintiff(s):**      **November 4, 2022**
      **Defendant(s):**   **November 18, 2022**

   e. Discovery from experts must be completed by **January 20, 2023.**

---

[1] Amendments sought after this deadline may be permitted in accordance with the good cause standard of Rule 16 of the Federal Rules of Civil Procedure.

JURY

3. Deadline to file dispositive motions and Daubert motions: **April 3, 2023**

4. Deadline to file pre-trial order: **September 19, 2023**[2]

    **Prior to the filing of the pretrial order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.**

5. Deadline to file motions in limine: **September 25, 2023**

    **Any responses to Motions in Limine shall be filed within seven (7) days after the filing of the motion.**

6. Deadline to file an affidavit of settlement efforts: **September 4, 2023**

7. Pre-trial conference date: **October 3, 2023 at 3:30 p.m. at** in the chambers of the Honorable Shelly D. Dick.

8. Deadline to file Proposed Findings of Fact and Conclusions of Law: **September 25, 2023**

9. Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge: **October 9, 2023**

    **The information regarding the Honorable Shelly D. Dick's pretrial order may be found on the court's website at (http://www.lamd.uscourts.gov) under "Judges' Info."**

10. **A 15-day trial is scheduled for 9:00 a.m. beginning on October 16, 2023 in Courtroom 3.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the

---

[2] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3584 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on August 26, 2021.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**