# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE HOFFMAN** | * | **CIVIL ACTION No. 12-796** |
| **VERSUS** | * | **JUDGE SHELLY D. DICK** |
| **BOBBY JINDAL, ET AL.** | * | **MAG. JUDGE ERIN WILDER-DOOMES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR LEAVE TO SUBSTITUTE EXHIBITS TO MOTION TO DISMISS

Defendants, James M. LeBlanc, Secretary for the Louisiana Department of Public Safety & Corrections (DPSC); Timothy Hooper, Warden of the Louisiana State Penitentiary; and his Assistant Warden, John Tubbs (hereinafter, collectively, "Defendants"), who seek leave of this Honorable Court to substitute Exhibit "A" (Affidavit of James M. LeBlanc) and Exhibit "B" (Affidavit of Seth Henry Smith, Jr.) to Defendants' Motion to Dismiss [Doc. 263] for the reasons set forth in the attached memorandum in support.

1.

In particular, Defendants seeks leave to correct and/or clarify certain statements within the aforesaid affidavits to conform them to the information that has since been uncovered through discovery. Plaintiffs will not be prejudiced by the requested substitution as the proposed corrections/clarifications align with discovery responses that were previously provided to them on October 20, 2021; Plaintiffs are scheduled to depose the affiants on December 8 and 9, 2021; and their opposition to Defendants' Motion to Dismiss [Doc. 263] is not due until December 31, 2021.

2.

Plaintiffs were consulted regarding the filing of this motion and indicated that they do oppose Defendants' request to substitute Exhibits "A" and "B" to the pending motion.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Leave to Substitute Exhibits to Motion to Dismiss and that this Court issue an order allowing them to substitute Exhibits "A" and "B" to Defendants' Motion to Dismiss [Doc. 263] with the proposed replacement Affidavits attached hereto.

   /s/ Jeffrey K. Cody
Jeffrey K. Cody (La. Bar # 28536)
jeffreyc@scwllp.com
Caroline M. Tomeny (La. Bar #34120)
caroline@scwllp.com
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis Street (70802)
P.O. Drawer (4425
Baton Rouge, Louisiana 70821
Telephone:(225) 346-1461
Facsimile: (225) 346-1467

Elizabeth Murrill (La. Bar Roll No. 20685)
*Solicitor General*
Louisiana Department of Justice
1885 North 3rd Street
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6200
Facsimile: (225) 326-6297
Email: MurrillE@ag.louisiana.gov

Jonathan Vining (La. Bar Roll No. 30781)
*General Counsel*
Louisiana Department of Public Safety & Corrections
Legal Affairs
504 Mayflower Street (70802)
P.O. Box 94304
Baton Rouge, Louisiana 70804
Telephone: (225) 342-6728
Facsimile: (225) 342-3278
Email: JVining@corrections.state.la.us

**Counsel for Defendants**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **December 6, 2021**, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel for Plaintiffs by operation of the court's electronic filing system.

    /s/ Jeffrey K. Cody
JEFFREY K. CODY