IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSIE HOFFMAN, et al., | ) | |
| *Plaintiffs and intervenors*, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | NO. 3:12-796-SDD-EWD |
| BOBBY JINDAL, et al., | ) | |
| *Defendants*. | ) | |

**JOINT STATUS REPORT**

NOW COME the parties in the above-captioned matter, who submit this joint status report to provide an update on DOC's in-person legal visitation, per the Court's Order. Rec. Doc. 208. The parties have conferred and in-person legal visitation is still suspended indefinitely.

Respectfully submitted,

/s Mercedes Montagnes__
Mercedes Montagnes, La. Bar No. 33287
Cecelia Trenticosta Kappel, La. Bar No. 32736
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel. (504) 529-5955
Fax (504) 595-8006
Email: mmercedes@defendla.org
          ckappel@defendla.org

/s/ Michael D. Rubenstein____
Michael D. Rubenstein (La. Bar No. 22860)
LISKOW & LEWIS
1

1001 Fannin Street, Suite 1800
Houston, TX 77002
Tel. (713) 651-2953
Fax (713) 651-2952
Email: mdrubenstein@liskow.com

*Attorneys for Plaintiffs*

 /s/ Jeffrey K. Cody
Jeffrey K. Cody (La. Bar # 28536)
SHOWS, CALI & WALSH, L.L.P.
628 St. Louis Street (70802)
P.O. Drawer (4425
Baton Rouge, Louisiana 70821
Telephone:    (225) 346-1461
Facsimile:    (225) 346-1467
Email: jeffreyc@scwllp.com

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Nishi Kumar

Nishi Kumar