# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JESSIE HOFFMAN, *et al*

VERSUS

BOBBY JINDAL, *et al*

CIVIL ACTION

12-796-SDD-EWD

## JUDGMENT

For the reasons outlined in this Court's *Ruling*[1] in the above-captioned matter;

*Judgment* is hereby rendered in favor of the Defendants and against Plaintiffs and this matter is dismissed without prejudice.

Signed in Baton Rouge, Louisiana on March 31, 2022.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY

---

[1] Rec. Doc. No. 312.