IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, et al.<br><br>      Plaintiffs,<br><br>  v.<br><br>BOBBY JINDAL, et al.<br><br>      Defendants. | Civil Action No. 12-cv-796-SDD-EWD |

**PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 60(b)(6)**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who move this Honorable Court pursuant to Fed. R. Civ. P. 60(b)(6), to set aside the prior Judgment (Rec. Doc. 313) in this case for the reasons detailed in the accompanying memorandum filed concurrently herewith, the pleadings and records on file in this action, and any further briefs, and other written or oral arguments as may be presented to the Court.

Dated: June 14, 2024

                                                Respectfully submitted,

                                                <u>/s/ Cecelia Trenticosta Kappel</u>
                                                Cecelia Trenticosta Kappel, La. Bar No. 32736
                                                The Promise of Justice Initiative
                                                1024 Elysian Fields Avenue
                                                New Orleans, Louisiana 70117
                                                Tel: 504-529-5955
                                                Email: ckappel@defendla.org

                                                ***Counsel for Plaintiffs Anthony Bell, Daniel Blank, Henri Broadway, Nathaniel Code, Jessie Hoffman, Daniel Irish, Jason Reeves, Willie Tart, James Tyler, and Todd Wessinger***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and forgoing was filed electronically with the Clerk of Court using CM/ECF on this 14th day of June, 2024. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel for the Defendants.

/s/ Cecelia Trenticosta Kappel
Cecelia Trenticosta Kappel
