# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER SEPULVADO | CIVIL ACTION |
| | NO. 3:12-cv-00796 |
| v. | |
| BOBBY JINDAL, Governor of Louisiana; BURL CAIN, Warden, Louisiana State Penitentiary; JAMES LEBLANC, Secretary, Louisiana Department of Public Safety and Corrections; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; ANGELA NORWOOD, Warden, Death Row; and JOHN DOES, unknown executioners, Defendants | JUDGE JAMES BRADY  MAGISTRATE JUDGE STEPHEN RIEDLINGER |

DEPOSITION OF SETH HENRY SMITH, JR., given in the above-entitled cause, pursuant to the following stipulation, before Raynel E. Schule, Certified Shorthand Reporter in and for the State of Louisiana, at the Law Offices of Messrs. Shows, Cali & Walsh, L.L.P., 628 St. Louis Street, Baton Rouge, Louisiana, 70821, commencing at 10:15 o'clock a.m., on Friday, the 11th day of April, 2014.

```
 1                    I N D E X
 2                                            Page
 3   Caption                                    1
 4   Appearances                                3
 5   Agreement of Counsel                       4
 6   Examination
 7         MS. MONTAGNES                        5
 8   Reporter's Certificate                    44
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

EXHIBIT 1.002

```
 1  APPEARANCES:
 2
    For the Plaintiff:
 3
    THE PROMISE OF JUSTICE INITIATIVE
 4  Attorneys at Law
    BY:  MERCEDES MONTAGNES, ESQ.
 5       CECELIA TRENTICOSTA KAPPEL, ESQ.
    636 Baronne Street
 6  New Orleans, Louisiana
 7
    For the Defendant:
 8
    MESSRS. SHOWS, CALI & WALSH, L.L.P.
 9  Attorneys at Law
    BY:  JAMES L. HILBURN, ESQ.
10       JEFFREY K. CODY, ESQ.
         JACQUELINE B. WILSON, ESQ.
11  628 St. Louis Street
    Baton Rouge, Louisiana  70821
12
13  Reported By:  Raynel E. Schule
                  Certified Shorthand Reporter
14                State of Louisiana
15
16
17
18
19
20
21
22
23
24
25
```

```
1       difficult to obtain those drugs without
2       confidentiality or nondisclosure?
3   A.  Correct.
4   Q.  Okay.  Can you describe who you reached out
5       to and asked you to provide nondisclosure
6       agreements.
7   A.  Say that again.
8   Q.  Can you describe who you reached out to and
9       --
10  A.  I reached out to every compounding pharmacy
11      that I could get the phone number to within
12      the State of Louisiana.  I reached out to a
13      few in Mississippi.  I reached out to
14      regular pharmacies in both states.  Now,
15      everyone I spoke with that was willing to
16      even pursue this -- I say everyone, the
17      vast majority were very much on, you know,
18      we have to keep this tight lipped.  We want
19      privacy.  We want -- we don't want our name
20      out there, so --
21  Q.  Okay.
22  A.  But I mean, you're asking me can I give you
23      who all I talked to.  I don't know how I
24      can be anymore --
25  Q.  Okay.
```

```
 1            C E R T I F I C A T E
 2            THIS CERTIFICATION IS VALID ONLY FOR
      A TRANSCRIPT ACCOMPANIED BY MY ORIGINAL
 3    SIGNATURE AND ORIGINAL REQUIRED SEAL ON THIS
      PAGE.
 4
              I, RAYNEL E. SCHULE, Certified Court
 5    Reporter, #77005, in good standing, in and for
      the State of Louisiana, as the officer before
 6    whom this testimony was taken, do hereby certify
      that SETH HENRY SMITH, JR., after having been
 7    duly sworn by me upon authority of R.S. 37:2554,
      did testify as hereinbefore set forth in the
 8    foregoing 42 pages; that this testimony was
      reported by me in stenotype reporting method,
 9    was prepared and transcribed by me or under my
      personal direction and supervision, and is a
10    true and correct transcript to the best of my
      ability and understanding; that the transcript
11    has been prepared in compliance with transcript
      format guidelines required by statute or by
12    rules of the Board, that I have acted in
      compliance with the prohibition on contractual
13    relationships, as defined by Louisiana Code of
      Civil Procedure Article 1434 and in rules and
14    advisory opinions of the Board; that I am not of
      counsel, not related to counsel or to the
15    parties herein, nor am I otherwise interested in
      the outcome of this matter.
16
17
18   _____      _____
      Date                  Raynel E. Schule, CSR
19                          Certified Shorthand Reporter
                            State of Louisiana
20
21
22
23
24
25
```

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

EXHIBIT 1.005