# EXHIBIT 2

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA


JESSIE HOFFMAN, ET AL.,

VS.                          CIVIL ACTION NO.
                             3:12-796-SDD-EWD
BOBBY JINDAL, ET AL.



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

          The deposition of SETH SMITH, taken in
connection with the captioned cause, pursuant to
the following stipulations before RITA A. DEROUEN,
Certified Court Reporter, at Shows, Cali, Walsh,
628 St. Louis, Baton Rouge, Louisiana 70802, on
the 9th of December, 2021, beginning at 11:09 a.m.

```
 1     APPEARANCES
 2      FOR THE PLAINTIFFS:
 3    THE PROMISE OF JUSTICE INITIATIVE
       BY:  CECELIA TRENTICOSTA KAPPEL, ESQ.
 4    BY:  MERCEDES MONTAGNES, ESQ.
       BY:  ELENA MALIK, ESQ.
 5    1024 Elysian Fields Avenue
       New Orleans, Louisiana  70117
 6    504-529-5955
       ctkappel@defendla.org
 7    mmontagnes@defendla.org
 8         - AND -
 9    LISKOW & LEWIS, APLC
       BY:  MICHAEL D. RUBENSTEIN, ESQ.
10    1001 Fannin Street
       Suite 1800
11    Houston, Texas  77002
       713-651-2953
12    mdrubenstein@liskow.com
13
       FOR THE DEFENDANTS:
14
      LOUISIANA DEPARTMENT OF PUBLIC SAFETY &
15    CORRECTIONS
       BY: JONATHAN R. VINING, ESQ.
16    BY:  ELIZABETH B. DESSELLE, ESQ.
       504 Mayflower Street
17    Baton Rouge, Louisiana  70802
       225-342-6728
18    jonathan.vining@la.gov
       liz.desselle@la.gov
19
           - AND -
20
      SHOWS, CALI & WALSH, L.L.P
21    BY:  JEFFREY K. CODY, ESQ.
       BY:  CAROLINE TOMENY, ESQ.
22    628 St. Louis
       Baton Rouge, Louisiana  70802
23    225-346-1461
       jeffreyc@scwllp.com
24    carolinet@scwllp.com
25
```

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

EXHIBIT 2.002

3

1    APPEARANCES (CONTINUED)

2

3    Reported by:

4        Rita A. DeRouen, Certified
         Court Reporter No. 2014018
5        in and for the State of
         Louisiana

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 2.003

1    A.  They said they went to a pharmacy and they
2    got a prescription filled.  That's what they said.
3    It was really a 30,000-feet conversation, and it
4    was not a how-to.  It was just they had no
5    problem, was basically what I was told, I guess.
6    Q.  Have you talked to anybody in Alabama
7    about their execution recently?
8    A.  No.
9    Q.  Just Mississippi?
10   A.  Just Mississippi.
11   Q.  If another state DOC offered to loan or
12   give you execution drugs, would you take them?
13   A.  No.
14   Q.  Why is that?
15   A.  Again, if we use the drugs -- we didn't
16   say if we obtained them through this way or that
17   way.  It's my understanding, and the pharmacists
18   may tell you something slightly different, but
19   it's my understanding if we use any of these
20   drugs, we run the risk of losing our access.
21       So therefore, I don't care how we get it;
22   if we use it, is the issue.  If that wasn't the
23   issue, we -- there's always a way to obtain
24   something.  But with our public disclosure laws,
25   we are going to have to release how we got it.

44

1    touch with anybody in the federal government about
2    how they went about doing that?
3         A.   No.   I'm not aware of anybody being in
4    touch.
5         Q.   They would have had to have had a lot of
6    pentobarbital.
7         A.   I don't even know what they used.
8              Were you in touch?
9         Q.   Nope.
10             So hospitals, compounding pharmacies,
11   other state DOCs.   Do you have any other ideas
12   about how to get the drugs?
13        A.   I've given up on getting the drugs.   I
14   don't know how else to say it.
15        Q.   Okay.
16        A.   Changing legislation would be the only
17   option.
18        Q.   Well, on that note, I want to ask you
19   about a meeting that I believe happened at
20   Secretary LeBlanc's office.
21             MS. KAPPEL:
22                  I'll mark this as Exhibit 5.   And this
23             is an e-mail chain, I believe, a single
24             e-mail chain.
25             (Exhibit 5 was marked.)

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

EXHIBIT 2.005

1                    REPORTER'S CERTIFICATE

2          This certification is valid only for a

3      transcript accompanied by my original signature

4      and original required seal on this page.

5          I, Rita DeRouen, Certified Court Reporter in and

6      for the State of Louisiana, (CCR #2014018),

7      Registered Professional Reporter (RPR #006908), as

8      the officer before this testimony was taken

9      remotely via videoconferencing, do hereby certify

10     that SETH HENRY SMITH, JR., having been duly sworn

11     by me upon authority of R.S. 37:2554, did testify

12     on the 9th day of December, 2021, as hereinbefore

13     set forth in the foregoing 67 pages; that this

14     testimony was reported by me in stenographic

15     shorthand, prepared and transcribed by me or under

16     my personal direction and supervision, and is a

17     true and correct transcript to the best of my

18     ability and understanding; that the transcript has

19     been prepared in compliance with transcript format

20     guidelines required by statute and rules of the

21     Board; that I am informed about the complete

22     arrangement, financial or otherwise, with the

23     person or entity making arrangements for

24     deposition services; that I have acted in

25     compliance with the prohibition on contractual

1    relationships, as defined by Louisiana Code of

2    Civil Procedure Article 1434 and in Rules and

3    Advisory Opinions of the Board; that I have no

4    actual knowledge of any prohibited employment or

5    contractual relationship, direct or indirect,

6    between a court reporting firm and any party

7    litigant in this matter, nor is there any such

8    relationship between myself and a party litigant

9    in this matter; that I am not related to counsel

10   or to any of the parties hereto, I am in no manner

11   associated with counsel for any of the interested

12   parties to this litigation, and I am in no way

13   concerned with the outcome thereof.

14        SIGNED THIS _____ DAY OF DECEMBER, 2021,

15   BATON ROUGE, LOUISIANA.

16

17

18

19

20                    _____

21                    RITA DEROUEN, CCR, RPR

22

23

24

25

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

EXHIBIT 2.007