# EXHIBIT 4

05/21/2024 11:27:06
Page 1

# ROLL CALL AND RECORD VOTE

**Committee:** Administration of Criminal Justice

**Location:** Room 6

**Date/Time:** 05/21/24 9:00 a.m.

**Staff:** Zachary Gonzalez, Attorney
Stephanie Weinman, Committee Administrative Assistant
Janet Anthony, Sergeant at Arms
Angela McKnight, Sergeant at Arms
Michael McCain, Clerk
Allie Eaves, Clerk

| | |
|---|---|
| **Roll Call:** | 11 |
| **Number of Members:** | 13 |
| **Quorum:** | 7 |

| | |
|---|---|
| **Convened:** | 09:03 AM |
| **At Ease:** | 09:08 AM |
| **Convened:** | 09:10 AM |
| **Adjourned:** | 09:32 AM |
| **Convened:** | 09:32 AM |
| **At Ease:** | 09:32 AM |
| **Convened:** | 09:42 AM |
| **Adjourned:** | 10:46 AM |

| Member | Status |
|---|---|
| Villio, Debbie | Present |
| Adams, Roy Daryl | Absent |
| Bacala, Tony | Present |
| Boyer, Chad Michael | Present |
| Cox, III, Vincent E. | Present |
| Fontenot, Bryan | Present |
| Horton, Dodie | Present |
| Knox, Alonzo L. | Present |
| LaFleur, Vanessa Caston | Present |
| Moore, Pat | Absent |
| Ventrella, Lauren | Present |
| Walters, Joy | Present |
| Wiley, Jeffrey "Jeff" Fons | Present |

## HR243 by WYBLE

Directs the La. State Law Institute to study provisions relative to physical or sexual abuse of a minor and consider requiring a seventy-two hour hold for offenders

**Motion made by:** LaFleur, Vanessa Caston

**Motion:** Favorably

**Vote:** 10-0

**Vote Date:** 5/21/2024 9:06:59 AM

| Member | Vote |
|---|---|
| Villio, Debbie | Yea |
| Bacala, Tony | Yea |
| Boyer, Chad Michael | Yea |
| Cox, III, Vincent E. | Yea |
| Fontenot, Bryan | Yea |
| Horton, Dodie | Yea |
| Knox, Alonzo L. | Yea |
| LaFleur, Vanessa Caston | Yea |
| Walters, Joy | Yea |
| Wiley, Jeffrey "Jeff" Fons | Yea |

## HR243 by WYBLE

**Final Action:** Reported favorably. (10-0)

---

## HR244 by ECHOLS

Requests a study of the brick-and-mortar casino operations in La.

**Motion made by:** Villio, Debbie

**Motion:** Favorably

**Vote:** 10-0

**Vote Date:** 5/21/2024 9:07:45 AM

| Member | Vote |
|---|---|
| Villio, Debbie | Yea |
| Bacala, Tony | Yea |
| Boyer, Chad Michael | Yea |
| Cox, III, Vincent E. | Yea |
| Fontenot, Bryan | Yea |
| Horton, Dodie | Yea |
| Knox, Alonzo L. | Yea |
| LaFleur, Vanessa Caston | Yea |
| Walters, Joy | Yea |
| Wiley, Jeffrey "Jeff" Fons | Yea |

## HR244 by ECHOLS

**Final Action:** Reported favorably. (10-0)

EXHIBIT 4.001

### HR253 by MANDIE LANDRY

Authorizes continuation of the Safe Alternatives to Segregation Task Force and provides for membership, powers, and duties and a report of findings

| | |
|---|---|
| **Motion made by:** | Villio, Debbie |
| **Motion:** | Favorably |
| **Vote:** | 10-0 |
| **Vote Date:** | 5/21/2024 9:12:23 AM |

| | |
|---|---|
| Villio, Debbie | Yea |
| Bacala, Tony | Yea |
| Boyer, Chad Michael | Yea |
| Cox, III, Vincent E. | Yea |
| Fontenot, Bryan | Yea |
| Horton, Dodie | Yea |
| Knox, Alonzo L. | Yea |
| LaFleur, Vanessa Caston | Yea |
| Walters, Joy | Yea |
| Wiley, Jeffrey "Jeff" Fons | Yea |

### HR253 by MANDIE LANDRY

**Final Action:** Reported favorably. (10-0)

### HCR126 by BRYANT

Requests the House Committee on Administration of Criminal Justice and Senate Committee on Judiciary B to conduct a joint oversight meeting relative to charitable gaming

| | |
|---|---|
| **Amendment:** | A Villio |
| **Motion made by:** | Villio, Debbie |
| **AMD Motion:** | Adopt |
| **Vote:** | 9-0 |
| **Vote Date:** | 5/21/2024 9:19:05 AM |

| | |
|---|---|
| Villio, Debbie | Yea |
| Bacala, Tony | Yea |
| Cox, III, Vincent E. | Yea |
| Fontenot, Bryan | Yea |
| Horton, Dodie | Yea |
| Knox, Alonzo L. | Yea |
| LaFleur, Vanessa Caston | Yea |
| Walters, Joy | Yea |
| Wiley, Jeffrey "Jeff" Fons | Yea |

**Withdrawn No Vote Taken**

| | |
|---|---|
| **Motion made by:** | Horton, Dodie |
| **Motion:** | With Amendments |
| **Vote Date:** | 5/21/2024 9:22:40 AM |

| | |
|---|---|
| **Motion made by:** | Villio, Debbie |
| **Motion:** | Defer Voluntary |
| **Vote:** | 10-0 |
| **Vote Date:** | 5/21/2024 9:22:53 AM |

| | |
|---|---|
| Villio, Debbie | Yea |
| Bacala, Tony | Yea |
| Boyer, Chad Michael | Yea |
| Cox, III, Vincent E. | Yea |
| Fontenot, Bryan | Yea |
| Horton, Dodie | Yea |
| Knox, Alonzo L. | Yea |
| LaFleur, Vanessa Caston | Yea |
| Walters, Joy | Yea |
| Wiley, Jeffrey "Jeff" Fons | Yea |

### HCR126 by BRYANT

**Final Action:** Defer Voluntary. (10-0)

EXHIBIT 4.002

**HB918 by KERNER**

Creates the crime of defamation

| | | | |
|---|---|---|---|
| **Amendment:** | HCAHB918 4274 4821 | | |
| **Motion made by:** | Bacala, Tony | | |
| **AMD Motion:** | Adopt | | |
| **Vote:** | 11-0 | Villio, Debbie | Yea |
| | | Bacala, Tony | Yea |
| **Vote Date:** | 5/21/2024 9:26:26 AM | Boyer, Chad Michael | Yea |
| | | Cox, III, Vincent E. | Yea |
| | | Fontenot, Bryan | Yea |
| | | Horton, Dodie | Yea |
| | | Knox, Alonzo L. | Yea |
| | | LaFleur, Vanessa Caston | Yea |
| | | Ventrella, Lauren | Yea |
| | | Walters, Joy | Yea |
| | | Wiley, Jeffrey "Jeff" Fons | Yea |

| | | | |
|---|---|---|---|
| **Motion made by:** | LaFleur, Vanessa Caston | | |
| **Motion:** | Defer Voluntary | | |
| **Vote:** | 11-0 | Villio, Debbie | Yea |
| | | Bacala, Tony | Yea |
| **Vote Date:** | 5/21/2024 9:29:34 AM | Boyer, Chad Michael | Yea |
| | | Cox, III, Vincent E. | Yea |
| | | Fontenot, Bryan | Yea |
| | | Horton, Dodie | Yea |
| | | Knox, Alonzo L. | Yea |
| | | LaFleur, Vanessa Caston | Yea |
| | | Ventrella, Lauren | Yea |
| | | Walters, Joy | Yea |
| | | Wiley, Jeffrey "Jeff" Fons | Yea |

**HB918 by KERNER**

**Final Action:** Defer Voluntary. (11-0)

---

**SB116 by JACKSON-ANDREWS**

Provides relative to the expungement of felony convictions. (8/1/24)

| | | | |
|---|---|---|---|
| **Motion made by:** | Ventrella, Lauren | | |
| **Motion:** | Favorably | | |
| **Vote:** | 9-0 | Villio, Debbie | Yea |
| | | Bacala, Tony | Yea |
| **Vote Date:** | 5/21/2024 9:44:56 AM | Cox, III, Vincent E. | Yea |
| | | Fontenot, Bryan | Yea |
| | | Horton, Dodie | Yea |
| | | LaFleur, Vanessa Caston | Yea |
| | | Ventrella, Lauren | Yea |
| | | Walters, Joy | Yea |
| | | Wiley, Jeffrey "Jeff" Fons | Yea |

**SB116 by JACKSON-ANDREWS**

**Final Action:** Reported favorably. (9-0)

EXHIBIT 4.003

**SB430 by JACKSON-ANDREWS**

Relative to the death penalty. (7/1/24)

| | | | |
|---|---|---|---|
| **Motion made by:** | Walters, Joy | | |
| **Motion:** | Favorably | | |
| **Vote:** | 3-8 | Villio, Debbie | Nay |
| | | Bacala, Tony | Nay |
| | | Boyer, Chad Michael | Nay |
| **Vote Date:** | 5/21/2024 10:27:27 AM | Cox, III, Vincent E. | Nay |
| **Objection by:** | Fontenot, Bryan | Fontenot, Bryan | Nay |
| | | Horton, Dodie | Nay |
| | | Knox, Alonzo L. | Yea |
| | | LaFleur, Vanessa Caston | Yea |
| | | Ventrella, Lauren | Nay |
| | | Walters, Joy | Yea |
| | | Wiley, Jeffrey "Jeff" Fons | Nay |

**SB430 by JACKSON-ANDREWS**

---

**SB507 by TALBOT**

Provides relative to the illegal or negligent carrying of a concealed handgun. (7/4/24)

| | | | |
|---|---|---|---|
| **Amendment:** | HCASB507 4274 4815 | | |
| **Motion made by:** | Villio, Debbie | | |
| **AMD Motion:** | Adopt | | |
| **Vote:** | 9-0 | Villio, Debbie | Yea |
| | | Bacala, Tony | Yea |
| **Vote Date:** | 5/21/2024 10:33:43 AM | Boyer, Chad Michael | Yea |
| | | Cox, III, Vincent E. | Yea |
| | | Horton, Dodie | Yea |
| | | Knox, Alonzo L. | Yea |
| | | LaFleur, Vanessa Caston | Yea |
| | | Walters, Joy | Yea |
| | | Wiley, Jeffrey "Jeff" Fons | Yea |

| | | | |
|---|---|---|---|
| **Amendment:** | HCASB507 4274 4942 | | |
| **Motion made by:** | Villio, Debbie | | |
| **AMD Motion:** | Adopt | | |
| **Vote:** | 9-0 | Villio, Debbie | Yea |
| | | Bacala, Tony | Yea |
| **Vote Date:** | 5/21/2024 10:37:25 AM | Boyer, Chad Michael | Yea |
| | | Cox, III, Vincent E. | Yea |
| | | Horton, Dodie | Yea |
| | | Knox, Alonzo L. | Yea |
| | | LaFleur, Vanessa Caston | Yea |
| | | Walters, Joy | Yea |
| | | Wiley, Jeffrey "Jeff" Fons | Yea |

| | | | |
|---|---|---|---|
| **Motion made by:** | Knox, Alonzo L. | | |
| **Motion:** | With Amendments | | |
| **Vote:** | 10-0 | Villio, Debbie | Yea |
| | | Bacala, Tony | Yea |
| **Vote Date:** | 5/21/2024 10:43:56 AM | Boyer, Chad Michael | Yea |
| | | Cox, III, Vincent E. | Yea |
| | | Fontenot, Bryan | Yea |
| | | Horton, Dodie | Yea |
| | | Knox, Alonzo L. | Yea |
| | | LaFleur, Vanessa Caston | Yea |
| | | Walters, Joy | Yea |
| | | Wiley, Jeffrey "Jeff" Fons | Yea |

**SB507 by TALBOT**

**Final Action:** Reported with amendments. (10-0)

---

EXHIBIT 4.004