# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BOBBY JINDAL, et al.<br><br>　　　　Defendants. | Civil Action No. 12-796-SDD-EWD |

### ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(6)

The Court, having received Plaintiffs' Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(6), and having considered the Motion, any Responses and Replies, and the relevant record, the Court finds oral argument unnecessary and finding that good cause exits, hereby GRANTS the Motion.

IT IS HEREBY ORDERED that the prior Judgment (Rec. Doc. 313) is set aside and the case is returned to the Court's active docket.

IT IS SO ORDERED.

Baton Rouge, Louisiana, this _____ day of _____, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Chief Judge Shelly D. Dick**
　　　　　　　　　　　　　　　　　　　　　　　　**Middle District of Louisiana**

1