# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, et al<br><br>    Plaintiffs,<br><br>v.<br><br>BOBBY JINDAL, et al<br><br>    Defendants. | Civil Action No. 12-796-SDD-EWD |

## EXHIBIT LIST

Exhibit 5.    2022.10.13 Fwd Hoffman litigation

Exhibit 6.    2024.07.02 Email Chain Re Lethal Injection Quarterly Request

Exhibit 7.    Extracted Pages from Seth Smith Dec. 9 2021 Dep Transcript


Dated: August 7, 2024

                                          Respectfully submitted,

                                          /s Cecelia Trenticosta Kappel
                                          Cecelia Trenticosta Kappel, La. Bar No. 32736
                                          The Promise of Justice Initiative
                                          1024 Elysian Fields Avenue
                                          New Orleans, Louisiana 70117
                                          Tel: 504-529-5955
                                          Email: ctkappel@defendla.org

                                          ***Counsel for Plaintiffs Anthony Bell, Daniel Blank, Henri Broadway, Nathaniel Code, Jessie Hoffman, Daniel Irish, Jason Reeves, Willie Tart, James Tyler, and Todd Wessinger***


## CERTIFICATE OF SERVICE

1

I hereby certify that a copy of this document was filed electronically with the Clerk of Court using CM/ECF on this 7th day of August, 2024. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel for the Defendants.

                                            /s/ Cecelia Trenticosta Kappel
                                            Cecelia Trenticosta Kappel