# EXHIBIT 5

| | |
|---|---|
| **From:** | Mercedes Montagnes |
| **To:** | Samantha Bosalavage; Nishi Kumar; Cecelia Kappel |
| **Subject:** | Fwd: Hoffman litigation |
| **Date:** | Thursday, October 13, 2022 5:50:19 PM |

Sent from my iPhone

Begin forwarded message:

> **From:** Jeffrey Cody <jeffreyc@scwllp.com>
> **Date:** October 13, 2022 at 5:47:17 PM CDT
> **To:** Mercedes Montagnes <MMontagnes@defendla.org>
> **Cc:** Caroline Tomeny <caroline@scwllp.com>
> **Subject: Hoffman litigation**
>
> Mercedes,
>
> I was able to discuss your request with DOC. Rather than require you to send public records requests, DOC is willing to entertain an informal arrangement whereby Plaintiffs' counsel may reach out to DOC (through its counsel) no more often than once per quarter to ask 1) whether any changes have been made to the lethal injection protocol; and 2) whether DOC has procured any drugs intended to be used for lethal injection. Upon receiving such a request, I would confer with DOC and then verify answers to those questions to you via email. Please understand that, by doing this, DOC would not be agreeing to an affirmative duty to notify Plaintiffs' counsel of changes but would do so only upon a specific request in accordance with the frequency indicated.
>
> Let me know if you have any questions or would like to discuss further.
>
> Thanks,
>
> **Jeffrey K. Cody**
> Partner
> Shows, Cali & Walsh, L.L.P.
> 628 St. Louis Street (70802)
> P.O. Drawer 4425
> Baton Rouge, LA 70821
> (225) 346-1461 | telephone
> (225) 346-1467 | facsimile
> jeffreyc@scwllp.com
>
> This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, U.S.C. Sections 2510-2521, is confidential, and is legally privileged. This message and its attachments may also be privileged and attorney work product. They are intended for the individual or entity named

EXHIBIT 5.001

above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. You are hereby noticed that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by responsive e-mail.

EXHIBIT 5.002