# EXHIBIT 6

| | |
|---|---|
| **From:** | Lydia Wright |
| **To:** | Jeffrey Cody; Caroline Tomeny |
| **Cc:** | Cecelia Kappel |
| **Subject:** | Re: Lethal Injection Quarterly Request |
| **Date:** | Tuesday, July 2, 2024 11:56:18 AM |

Jeff,

We do not see how the topics that are covered by our agreement could be considered nonpublic under the Public Records Act. The DOC agreed to answer the following questions quarterly: "1) whether any changes have been made to the lethal injection protocol; and 2) whether DOC has procured any drugs intended to be used for lethal injection." Answering our queries would not disclose any information that is even arguably protected by the 2024 amendments to La. R.S. 15:569 and 570.

We ask you to reconsider your position, and, in any event, we reserve all rights to seek information we deem relevant pursuant to public records requests, in discovery, or otherwise.

Lydia Wright (she/her)
Associate Director of Civil Litigation
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
(504) 529-5955
lwright@defendla.org

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

**From:** Jeffrey Cody <jeffreyc@scwllp.com>
**Sent:** Monday, July 1, 2024 5:02 PM
**To:** Lydia Wright <LWright@defendla.org>; Caroline Tomeny <caroline@SCWLLP.COM>
**Cc:** Cecelia Kappel <CTKappel@defendla.org>
**Subject:** RE: Lethal Injection Quarterly Request

Lydia,

As you are aware, the informal agreement to provide PJI answers to the two specific questions on a quarterly basis was arranged with Mercedes Montagnes in 2022 for the purpose of avoiding public records requests seeking the same information. In light of the recent amendments to La. R.S. 15:570, effective July 1, any such documentation is now considered nonpublic under the Public Records Act.

Accordingly, please accept this correspondence as notice that the Department of Public Safety & Corrections will no longer entertain questions by PJI or anyone else concerning these matters which are nonpublic under the Public Records Act.

Thanks,

EXHIBIT 6.001

**Jeffrey K. Cody**
Partner
Shows, Cali & Walsh, L.L.P.
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, LA 70821
(225) 346-1461 | telephone
(225) 346-1467 | facsimile
jeffreyc@scwllp.com

This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, U.S.C. Sections 2510-2521, is confidential, and is legally privileged. This message and its attachments may also be privileged and attorney work product. They are intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. You are hereby noticed that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by responsive e-mail.

**From:** Jeffrey Cody
**Sent:** Wednesday, May 1, 2024 4:59 PM
**To:** Lydia Wright <LWright@defendla.org>; Caroline Tomeny <caroline@scwllp.com>
**Cc:** Cecelia Kappel <CTKappel@defendla.org>
**Subject:** RE: Lethal Injection Quarterly Request

Lydia,

Please see the responses to your questions below (in red), verified as of the current date. As you will note, only the specific questions that were part of the agreement of October 19, 2022, have been answered.

Thanks,

**Jeffrey K. Cody**
Partner
Shows, Cali & Walsh, L.L.P.
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, LA 70821
(225) 346-1461 | telephone
(225) 346-1467 | facsimile
jeffreyc@scwllp.com

This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, U.S.C. Sections 2510-2521, is confidential, and is legally privileged. This message and its attachments may also be privileged and attorney work product. They are intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. You are hereby noticed that any dissemination, distribution or copy of this

EXHIBIT 6.002

communication is strictly prohibited. If you have received this communication in error, please notify us immediately by responsive e-mail.

---

**From:** Lydia Wright <LWright@defendla.org>
**Sent:** Wednesday, May 1, 2024 8:37 AM
**To:** Jeffrey Cody <jeffreyc@scwllp.com>; Caroline Tomeny <caroline@SCWLLP.COM>
**Cc:** Cecelia Kappel <CTKappel@defendla.org>
**Subject:** Lethal Injection Quarterly Request

Jeff and Caroline,

Per our agreement of October 19, 2022, kindly respond to the inquiries below. This will serve as our request for Q2 of 2024.

1. Have any changes been made to the lethal injection protocol? No
2. Has DPSC procured any drugs intended to be used for lethal injection? No
3. If so, which drug(s) and from where can the drug(s) be obtained?
4. Has DPSC attempted to procure any drugs intended to be used for lethal injection?
5. Has DPSC made arrangements or attempted to make arrangements to compound any drugs intended to be used for lethal injection?
6. Are all certifications DPSC executed and issued to Pfizer/Hospira Inc. and wholesaler Morris & Dickson still in effect?
7. Is DPSC presently unable to procure any drugs that could be used for lethal injection and will DPSC not be able to do so in the foreseeable future?
8. Has DPSC revised Department Regulation No. C-03-001 or prepared an alternative regulation to address execution by nitrogen hypoxia or electrocution?
9. If so, is DPSC voluntarily willing to provide a copy of the revised/new regulation?
10. If not, does DPSC intend to revise Department Regulation No. C-03-001 or prepare an alternative regulation to address execution by nitrogen hypoxia or electrocution?
11. Has DPSC obtained or sought to obtain any materials or equipment intended to be used for execution by nitrogen hypoxia?
12. Has DPSC engaged or attempted to engage any experts or other professionals in connection with execution by nitrogen hypoxia?
13. Has DPSC obtained or sought to obtain any materials or equipment intended to be used for execution by electrocution?
14. Does DPSC currently have the necessary materials and equipment for an execution by electrocution or nitrogen hypoxia?
15. Has DPSC engaged or attempted to engage any experts or other professionals in connection with execution by electrocution?
16. Has DPSC conducted mock and/or practice executions?
17. Has DPSC engaged in training sessions for lethal injection, nitrogen hypoxia, or electrocution executions?
18. Has DPSC made any decisions regarding when it intends to resume executions using the manners of execution set forth in revised La. R.S. § 15:569, effective July 1, 2024?

Thanks,

Lydia Wright (she/her)
Associate Director of Civil Litigation
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
(504) 529-5955

EXHIBIT 6.003

lwright@defendla.org

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

EXHIBIT 6.004