# EXHIBIT 7

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

JESSIE HOFFMAN, ET AL.,

VS.                              CIVIL ACTION NO.
                                 3:12-796-SDD-EWD

BOBBY JINDAL, ET AL.

* * * * * * * * * * * * * * * * * * * * * * * *

     The deposition of SETH SMITH, taken in connection with the captioned cause, pursuant to the following stipulations before RITA A. DEROUEN, Certified Court Reporter, at Shows, Cali, Walsh, 628 St. Louis, Baton Rouge, Louisiana 70802, on the 9th of December, 2021, beginning at 11:09 a.m.

```
 1    APPEARANCES
       FOR THE PLAINTIFFS:
 2
      THE PROMISE OF JUSTICE INITIATIVE
 3    BY:  CECELIA TRENTICOSTA KAPPEL, ESQ.
 4    BY:  MERCEDES MONTAGNES, ESQ.
      BY:  ELENA MALIK, ESQ.
 5    1024 Elysian Fields Avenue
      New Orleans, Louisiana  70117
 6    504-529-5955
      ctkappel@defendla.org
 7    mmontagnes@defendla.org
 8         - AND -
 9    LISKOW & LEWIS, APLC
      BY:  MICHAEL D. RUBENSTEIN, ESQ.
10    1001 Fannin Street
      Suite 1800
11    Houston, Texas  77002
      713-651-2953
12    mdrubenstein@liskow.com
13
       FOR THE DEFENDANTS:
14
      LOUISIANA DEPARTMENT OF PUBLIC SAFETY &
15    CORRECTIONS
      BY: JONATHAN R. VINING, ESQ.
16    BY:  ELIZABETH B. DESSELLE, ESQ.
      504 Mayflower Street
17    Baton Rouge, Louisiana  70802
      225-342-6728
18    jonathan.vining@la.gov
      liz.desselle@la.gov
19
           - AND -
20
      SHOWS, CALI & WALSH, L.L.P
21    BY:  JEFFREY K. CODY, ESQ.
      BY:  CAROLINE TOMENY, ESQ.
22    628 St. Louis
      Baton Rouge, Louisiana  70802
23    225-346-1461
      jeffreyc@scwllp.com
24    carolinet@scwllp.com
25
```

```
 1   APPEARANCES (CONTINUED)
 2
 3   Reported by:
 4      Rita A. DeRouen, Certified
        Court Reporter No. 2014018
 5      in and for the State of
        Louisiana
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   other protocols before that?
 2        A.  I don't know that I would say I've created
 3   any protocols.  I've reviewed them.  I have
 4   reviewed protocols prior to that, I'm sure I have.
 5        Q.  Okay.
 6        A.  At any time that I would have been deputy
 7   warden at Hunt, after the pharmacies were
 8   privatized, from that point forward, I'm sure I
 9   reviewed them.
10        Q.  And is it fair to say that the DOC has
11   changed the drug portion of the protocol over
12   time?
13        A.  It has changed.  I know the original
14   versus -- it changed at least twice, I believe.
15   Or at least there was discussion about it.  I
16   think it went to pentobarbital at one time, and
17   then midazolam and then the hydromorphone.  So,
18   yes, it did change.
19        Q.  How quickly can you make that change, the
20   DOC?
21        A.  How quickly can you make the change.
22        Q.  Uh-huh.
23        A.  It's just paperwork.  I mean, I guess if
24   you wanted to, you could change it in a day, four
25   hours.  I don't know.
```

67

```
 1                    REPORTER'S PAGE
 2      I, RITA DEROUEN, Certified Court Reporter in and
 3   for the State of Louisiana, (CCR #2014018),
 4   Registered Professional Reporter (RPR #006908),
 5   the officer, as defined in Rule 28 of the Federal
 6   Rules of Civil Procedure and/or Article 1434(B) of
 7   the Louisiana Code of Civil Procedure, do hereby
 8   state on the record:
 9      That due to the interaction in the spontaneous
10   discourse of the proceeding, double dashes (--)
11   have been used to indicate pauses, changes in
12   thought, and/or talkovers; that same is the proper
13   method for a transcription of proceedings, and
14   that the double dashes (--) do not indicate that
15   words or phrases have been left out of this
16   transcript;
17      That any spelling of words and/or names which
18   could not be verified through reference material
19   have been denoted with the parenthetical
20   "(phonetic)";
21      That the parenthetical "(sic)" is used to denote
22   when a witness stated a word or phrase that
23   appears odd or erroneous to show that it was
24   quoted exactly as it stands.
25                         RITA DEROUEN, CCR, RPR
```

```
 1                  REPORTER'S CERTIFICATE
 2        This certification is valid only for a
 3   transcript accompanied by my original signature
 4   and original required seal on this page.
 5        I, Rita DeRouen, Certified Court Reporter in and
 6   for the State of Louisiana, (CCR #2014018),
 7   Registered Professional Reporter (RPR #006908), as
 8   the officer before this testimony was taken
 9   remotely via videoconferencing, do hereby certify
10   that SETH HENRY SMITH, JR., having been duly sworn
11   by me upon authority of R.S. 37:2554, did testify
12   on the 9th day of December, 2021, as hereinbefore
13   set forth in the foregoing 67 pages; that this
14   testimony was reported by me in stenographic
15   shorthand, prepared and transcribed by me or under
16   my personal direction and supervision, and is a
17   true and correct transcript to the best of my
18   ability and understanding; that the transcript has
19   been prepared in compliance with transcript format
20   guidelines required by statute and rules of the
21   Board; that I am informed about the complete
22   arrangement, financial or otherwise, with the
23   person or entity making arrangements for
24   deposition services; that I have acted in
25   compliance with the prohibition on contractual
```

```
1    relationships, as defined by Louisiana Code of
2    Civil Procedure Article 1434 and in Rules and
3    Advisory Opinions of the Board; that I have no
4    actual knowledge of any prohibited employment or
5    contractual relationship, direct or indirect,
6    between a court reporting firm and any party
7    litigant in this matter, nor is there any such
8    relationship between myself and a party litigant
9    in this matter; that I am not related to counsel
10   or to any of the parties hereto, I am in no manner
11   associated with counsel for any of the interested
12   parties to this litigation, and I am in no way
13   concerned with the outcome thereof.
14        SIGNED THIS _____ DAY OF DECEMBER, 2021,
15   BATON ROUGE, LOUISIANA.
16
17
18
19
20              _____
21              RITA DEROUEN, CCR, RPR
22
23
24
25
```