### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, et al<br><br>            Plaintiffs,<br><br>    v.<br><br>BOBBY JINDAL, et al<br><br>            Defendants. | Civil Action No. 12-796-SDD-EWD |

**MOTION FOR LEAVE TO FILE EMERGENCY SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 60(b)(6)**

NOW COME Plaintiffs, through undersigned counsel, who respectfully move this Court for leave to file a supplemental memorandum in support of their pending Motion for Relief from Judgement Pursuant to Federal Rule of Civil Procedure 60(b)(6) (Rec. Docs. 318 and 318-1 (Memo. in Supp.)). The proposed emergency supplemental memorandum is attached as Exhibit A.  This motion arises under emergency circumstances, as today the Louisiana Governor's Office issued a press release announcing that the Louisiana Department of Public Safety and Corrections will resume executions and has finalized and implemented an updated protocol. Plaintiffs submit that their supplemental memorandum will be helpful to this Court in ruling on the pending motion. Accordingly, Plaintiffs move this Court for entry of an order granting them leave to file the supplemental memorandum.

   Defendants were notified of Plaintiffs' intent to file the motion on February 10, 2025, and do not oppose the motion for leave.

1

Dated: February 10, 2025

Respectfully submitted,

/s Cecelia Trenticosta Kappel
Cecelia Trenticosta Kappel, La. Bar No. 32736
Loyola Center for Social Justice
7214 St. Charles Ave. Box 907
New Orleans, LA 70118
Tel: 504-861-5735
Email: ckappel@defendla.org

**Counsel for Plaintiffs Anthony Bell, Daniel Blank, Henri Broadway, Nathaniel Code, Jessie Hoffman, Daniel Irish, Jason Reeves, Willie Tart, James Tyler, and Todd Wessinger**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically with the Clerk of Court using CM/ECF on this 10th day of February, 2025. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel for the Defendants.

/s Cecelia Trenticosta Kappel
Cecelia Trenticosta Kappel