# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, et al<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BOBBY JINDAL, et al<br><br>　　　　Defendants. | Civil Action No. 12-796-SDD-EWD |

## PROPOSED ORDER

The Court, having received and considered Plaintiffs' Motion for Leave to File Emergency Supplemental Memorandum in Support of Motion for Relief from Judgement Pursuant to Federal Rule of Civil Procedure 60(b)(6).

**IT IS ORDERED**, that Plaintiffs' Motion for Leave to File Emergency Supplemental Memorandum in Support of Motion for Relief from Judgement Pursuant to Federal Rule of Civil Procedure 60(b)(6) is granted.

Baton Rouge, Louisiana, this _____ day of _____, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Shelly D. Dick
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　for the Middle District of Louisiana