**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JESSIE HOFFMAN, et al<br><br>    Plaintiffs,<br><br>v.<br><br>BOBBY JINDAL, et al<br><br>    Defendants. | Civil Action No. 12-796-SDD-EWD |

**EXHIBIT LIST**

**Exhibit 1.**  Office of the Governor, *Promises Made, Promises Kept: Justice Coming for Crime Victims*, Press Release (dated Feb. 10, 2025)

**Exhibit 2.**  Brief Summary of Nitrogen Hypoxia Execution Protocol, https://gov.louisiana.gov/assets/2025-Extras/Summaries/Summary-of-Protocol-Info.pdf (Feb. 10, 2025)

**Exhibit 3.**  Louisiana Attorney General Liz Murrill X Post (dated Feb. 10, 2025)

**Exhibit 4.**  Motion to Reset Execution Date of Jessie D. Hoffman

**Exhibit 5.**  Press Release and Execution Warrant Filings, *State v. Larry Roy*

Dated: February 10, 2025

                                        Respectfully submitted,

                                        /s Cecelia Trenticosta Kappel
                                        Cecelia Trenticosta Kappel, La. Bar No. 32736
                                        Loyola Center for Social Justice
                                        7214 St. Charles Ave. Box 907
                                        New Orleans, LA 70118
                                        Tel: 504-861-5735
                                        Email: ckappel@defendla.org

                                        ***Counsel for Plaintiffs Anthony Bell, Daniel Blank, Henri Broadway, Nathaniel Code, Jessie***

1

*Hoffman, Daniel Irish, Jason Reeves, Willie Tart, James Tyler, and Todd Wessinger*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically with the Clerk of Court using CM/ECF on this 10th day of February, 2025. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel for the Defendants.

/s Cecelia Trenticosta Kappel
Cecelia Trenticosta Kappel