# EXHIBIT 2

BRIEF SUMMARY OF NITROGEN HYPOXIA EXECUTION PROTOCOL

Execution by nitrogen hypoxia is accomplished by placing a mask on the inmate's face and replacing oxygen with nitrogen gas.

The inmate will be allowed access to a spiritual advisor. Designated victim relationship witnesses and designated media representatives will be authorized to witness the execution in accordance with the protocol and Louisiana law.

The Louisiana State Penitentiary personnel will conduct checks on all aspects of the nitrogen system and other apparatus utilized in the protocol prior to the commencement of the execution. Once escorted to the death chamber, medical monitors will be attached to the inmate to evaluate the relevant vital signs. The inmate will be offered the opportunity to make a final statement, and then, the specialized mask for administration of the nitrogen will be fitted onto the inmate. At the designated time, pure nitrogen gas will be administered to the inmate through the mask for a sufficient time period necessary to cause the death of the inmate. In accordance with the protocol, the coroner will then be asked to confirm the death. The Warden of Louisiana State Penitentiary will then make a statement confirming that the execution has been completed in accordance with the laws of the State of Louisiana.