### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, et al.<br><br>      Plaintiffs,<br><br>v.<br><br>BOBBY JINDAL, et al.<br><br>      Defendants. | Civil Action No. 12-796-SDD-EWD |

### MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully move this Honorable Court to grant permission for undersigned counsel to withdraw Mercedes Montagnes and enroll Samantha Pourciau as counsel of record in the above-captioned action. Ms. Montagnes is no longer employed by the Promise of Justice Initiative.

Ms. Pourciau (La. Bar. No. 39808) is a Senior Staff Attorney at the Promise of Justice Initiative. She is admitted to practice in the Middle District of Louisiana.

WHEREFORE, Plaintiffs respectfully request that their Motion to Substitute Counsel be granted, that and Samantha Pourciau be enrolled as counsel of record for Plaintiffs, and that Mercedes Montagnes be withdrawn from this action. Ms. Pourciau has consented to the filing of this motion.

Dated: February 10, 2025

                                            Respectfully submitted,

                                            */s/ Cecelia Trenticosta Kappel*
                                            Cecelia Trenticosta Kappel, La. Bar No. 32736
                                            Loyola Center for Social Justice
                                            7214 St. Charles Ave. Box 907

New Orleans, Louisiana 70118
Tel: 504-861-5735
Email: ckappel@defendla.org

*/s/ Samantha Pourciau*
Samantha Bosalavage Pourciau,
La. Bar No. 39808
THE PROMISE OF JUSTICE INITIATIVE
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
sbosalavage@defendla.org

***Counsel for Plaintiffs Anthony Bell, Daniel Blank, Henri Broadway, Nathaniel Code, Jessie Hoffman, Daniel Irish, Jason Reeves, Willie Tart, James Tyler, and Todd Wessinger***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically with the Clerk of Court using CM/ECF on this 10th day of February, 2025. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel for the Defendants.

*/s/ Cecelia Trenticosta Kappel*
Cecelia Trenticosta Kappel

2