# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

JESSIE HOFFMAN, et al.

      Plaintiffs,

    v.

BOBBY JINDAL, et al.

      Defendants.

Civil Action No. 12-796-SDD-EWD

### [PROPOSED] ORDER

Considering the foregoing Motion to Substitute Counsel,

IT IS HEREBY ORDERED that Samantha Pourciau of the Promise of Justice Initiative shall be entered into the record as counsel for Plaintiffs.

IT IS FURTHER ORDERED that Mercedes Montagnes be removed as counsel of record on behalf of Plaintiffs.

Baton Rouge, Louisiana, this _____ day of _____, 2025

_____
Shelly D. Dick
Chief District Judge
Middle District of Louisiana

1

CHIACTIVE-19319578.1
DRAFT