IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, et al<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BOBBY JINDAL, et al<br><br>　　　　　Defendants. | Civil Action No. 12-796-SDD-EWD |

**EMERGENCY SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(6)**

　　　　This memorandum is submitted under emergency circumstances, as today the Louisiana Governor's Office issued a press release announcing that the Louisiana Department of Public Safety and Corrections has finalized and implemented an updated protocol that allows for nitrogen hypoxia executions.

　　　　Plaintiffs are each incarcerated under a sentence of death at the Louisiana State Penitentiary, in Angola, Louisiana. The procedural background of the case is set forth in Plaintiffs' opening memorandum (Rec. Doc. 318-1 at 2-8). Exactly what Plaintiffs argued in that brief that "Plaintiffs now have a reasonable expectation that Defendants will resume executing prisoners . . ." (Rec. Doc. 318-1 at 10) has come to fruition, necessitating the re-opening of this case. Indeed, as explained below, today the State began to actively seek to reset execution dates.

　　　　This afternoon, the Office of the Governor issued a press release announcing that the Louisiana Department of Public Safety and Corrections has finalized and implemented an updated protocol for nitrogen hypoxia executions "that allows for the sentences of those on death row to be carried out." *See* Ex. 1. The press release quotes Governor Landry as stating: "I expect our

1

DA's to finalize these cases and the courts to move swiftly to bring justice to the crime victims who have waited far too long." *Id.* The press release links to a "brief summary of nitrogen hypoxia execution protocol," (*see* Ex. 2), but not to the protocol itself (which is not yet public). The summary provides no indication that it was issued by the Louisiana Department of Public Safety and Corrections, and provides few details on how the State intends to carry out executions by nitrogen hypoxia. For example, the summary does not discuss the source of any nitrogen that would be used for any such procedure, nor does it describe the training that staff members must undergo to perform such a procedure.[1] The Louisiana Attorney General similarly posted to X today that "[i]n Louisiana, we have the death penalty and intend to use it." *See* Ex. 3.

Concurrently with announcing its intent to resume executions, the State also began filing motions to set execution dates using nitrogen hypoxia. *See* Ex. 4, Ex. 5. There can now be little doubt that a live controversy exists with respect to Plaintiffs' claims as to the constitutionality of Louisiana's execution protocol. Given the swiftness with which the State is acting, extraordinary circumstances warrant the reopening of the case under Rule 60(b)(6), allowing for the filing of an amended complaint, staying any issued or soon to issue death warrants, and ordering expedited discovery on Plaintiffs' constitutional challenge to the State's method of execution.

Dated: February 10, 2025

                Respectfully submitted,

                /s Cecelia Trenticosta Kappel
                Cecelia Trenticosta Kappel, La. Bar No. 32736
                Loyola Center for Social Justice
                7214 St. Charles Ave. Box 907
                New Orleans, LA 70118

---

[1] As previously set forth in detail in Rec. Doc. 166-1, execution protocols have always included, at bare minimum, a penitentiary directive and a checklist, but have recently included as many as twenty-five items.

2

                Tel: 504-861-5735
                Email: ckappel@defendla.org

*Counsel for Plaintiffs Anthony Bell, Daniel Blank, Henri Broadway, Nathaniel Code, Jessie Hoffman, Daniel Irish, Jason Reeves, Willie Tart, James Tyler, and Todd Wessinger*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically with the Clerk of Court using CM/ECF on this 10th day of February, 2025. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel for the Defendants.

/s Cecelia Trenticosta Kappel
Cecelia Trenticosta Kappel