# EXHIBIT 1



**CLICK HERE FOR SUPER BOWL SAFETY INFORMATION**

OFFICE of the GOVERNOR

ABOUT | NEWSROOM | PROGRAMS | BILLS SIGNED | STATE AGENCIES | INTERACT | LOUISIANA FORWARD

# Promises Made, Promises Kept: Justice Coming for Crime Victims

February 10, 2025

**Baton Rouge, LA—** Today, Governor Jeff Landry is announcing that the Louisiana Department of Public Safety and Corrections has finalized and implemented an updated protocol that allows for the sentences of those on Death Row to be carried out.

This Protocol for Executions of Death Sentences includes procedures for the nitrogen hypoxia method recently approved, in a bipartisan fashion, by the Louisiana Legislature. This allows Louisiana to keep its promises made to the victims of these horrific crimes and to the communities whose citizens unanimously agreed to impose the most severe punishment on those criminals.

"For too long, Louisiana has failed to uphold the promises made to victims of our State's most violent crimes; but that failure of leadership by previous administrations is over," **said Governor Jeff Landry.** "The time for broken promises has ended; we will carry out these sentences and justice will be dispensed."

"These capital punishment cases have been reviewed at every judicial level, have had decades of unsuccessful appeals, and the death sentences affirmed by the courts," **continued Governor Landry.** "I expect our DA's to finalize these cases and the courts to move swiftly to bring justice to the crime victims who have waited for too long."

"I anticipate the national press will embellish on the feelings and interests of the violent death row murderers, we will continue to advocate for the innocent victims and the loved ones left behind," **concluded Governor Landry.**

A brief summary of Louisiana's updated protocol, which builds upon Alabama's constitutionally approved method, can be found here.



**CONNECT** with the **GOVERNOR**

EMAIL the GOVERNOR

REQUEST of the GOVERNOR

APPLY to SERVE

SHARE