# EXHIBIT 4

TWENTY-SECOND JUDICIAL DISTRICT COURT
FOR THE PARISH OF ST. TAMMANY
STATE OF LOUISIANA

NO. 265637                                                                  DIVISION "H"

STATE OF LOUISIANA

VERSUS

JESSIE D. HOFFMAN

FILED: _____          _____
                                                                    DEPUTY CLERK

## MOTION TO RESET EXECUTION DATE
## PURSUANT TO R.S. 15:567(C)

MAY IT PLEASE THE COURT:

This is a first-degree murder case. The defendant has been convicted and sentenced to death. His conviction and sentence became final on October 16, 2000. *State v. Hoffman*, 98-3118 (La. 4/11/00), 768 So.2d 542, *reh'g denied*, 98-3118 (La. 5/12/00), 768 So.2d 452, *cert. denied*, 531 U.S. 946 (10/16/00).

This Court previously, on December 4, 2000, issued a warrant commanding the Secretary of the Department of Corrections to cause the execution of the person condemned as provided by law. La. R.S. 15:567(B). Exhibit 1. The Court thereafter, on January 12, 2001, stayed the execution indefinitely. Exhibit 2.

The defendant has since then exhausted his right to seek collateral review of his conviction and sentence. *See State v. Hoffman*, 07-1913 (La. 12/12/08), 997 So.2d 554 (first application for state post-conviction relief); *Hoffman v. Cain*, 09-3041 (E.D. La. 3/30/12), 2012 WL 1088832, *aff'd*, 752 F.3d 430 (5th Cir. 5/12/14), *reh'g denied*, 763 F.3d 403 (5th Cir. 8/13/14); *cert. denied*, 574 U.S. 1122 (1/20/15) (federal habeas corpus petition); *State v. Hoffman*, 20-0137 (La. 10/19/21), 326 So.3d 232, *cert. denied*, 142 S. Ct. 2841 (6/21/22) (successive application for state post-conviction relief).

The State has not previously sought to reset the execution date because, until recently, the only authorized method of execution was lethal injection and the Department of Corrections has been unable to secure the drugs necessary to carry out lethal injection. In 2024, the legislature authorized execution by nitrogen hypoxia.

FILED
FEB 10 2025

Jessica Jenkins Brewster, Clerk
Deputy _____

On February 10, 2025, the Governor announced that the Department of Public Safety and Corrections has established a protocol for execution by nitrogen hypoxia.

The State submits that, because the defendant's conviction and sentence have become final and he has exhausted his rights to seek collateral review, there is no longer any reason for a stay of execution. Accordingly, the State hereby moves to reset the execution date pursuant to La. R.S. 15:567(C), which directs the trial court to "reset the execution date at not less than thirty days nor more than forty-five days from the dissolution of the stay order."

The State respectfully requests that an execution date of March 18, 2025 be set, which date is between thirty and forty-five days from the filing of this motion and which has been suggested by the Department of Corrections.

Respectfully submitted,

J. Collin Sims, LSBA # 30727
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading to the petitioner through his counsels of record, Sarah Ottinger (sottinger1010@gmail.com) and Caroline Tillman (caroline_tillman@fd.org), by email, on this the 10th day of February, 2025.

J. Collin Sims, LSBA # 30727
Assistant District Attorney

TWENTY-SECOND JUDICIAL DISTRICT COURT
FOR THE PARISH OF ST. TAMMANY
STATE OF LOUISIANA

NO. 265637 DIVISION "H"

STATE OF LOUISIANA

VERSUS

JESSIE D. HOFFMAN

FILED: _____    _____
DEPUTY CLERK

## WARRANT FOR EXECUTION OF PERSON CONDEMNED TO DIE

TO: THE HONORABLE GARY WESTCOTT
SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
P.O. BOX 43304
BATON ROUGE, LA 70804

WHEREAS, it appears from the annexed duly certified copy of the indictment, verdict, sentence and judgment of the Louuisiana Supreme Court affirming the sentence of death; that at the a session of the Honorable 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, and held beginning on the 15th day of June, 1998, Jessie D. Hoffman was convicted on the 25th day of June 1998, of the crime of First Degree Murder of Mary Elliott, in violation of La. R.S. 14:30, and that on the 27th day of June, 1998, the jury unanimously recommended that said defendant be sentenced to death and unanimously found the following aggravating circumstances, to-wit: (1) Aggravated Rape; (2) Aggravated Kidnapping; (3) Armed Robbery; and (4) the offense was committed in an especially heinous, atrocious or cruel manner in that the victim was subjected to torture, physical abuse or pitiless infliction of unnecessary pain and suffering and that in accordance with the said recommendation of the jury, His Honor, Donald M. Fendlason, of said Court, sentenced the said Jessie D. Hoffman to death on the 11th day of September, 1998; and said conviction and sentence of death was affirmed by the Supreme Court of Louisiana on the 11th day of April, 2000 with rehearing being denied on the 12th day of may, 2000.

NOW THEREFORE I, Alan Zaunbrecher, Judge of the 22nd Judicial Court, being the Court of original jurisdiction, and in accordance with La. R.S. 15:567, do hereby direct and command you to cause the execution of Jessie D. Hoffman, the condemned in this case, in the manner provided by law. You shall cause the condemned Jessie D. Hoffman to be put to death on March 18, 2025, between the hours of 6:00 p.m. and 11:59 p.m., and you shall follow all of the requirements and requisites of the law in carrying out this execution.

THUS DONE, RENDERED, READ AND SIGNED in Covington, Louisiana, Parish of St. Tammany, State of Louisiana, on this the ___ day of February, 2025.

_____
Alan Zaunbrecher
Judge, Division "H"
22nd Judicial District Court

| | |
|---|---|
| STATE OF LOUISIANA | NUMBER 265637   DIVISION "H" |
| | 22ND JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF ST. TAMMANY |
| JESSIE D. HOFFMAN | STATE OF LOUISIANA |

**FILED**

**WARRANT FOR EXECUTION OF PERSON CONDEMNED TO DIE**

DEC 4 2000

MALISE PRIETO- CLERK
Deputy_____

TO: HONORABLE RICHARD STALDER
SECRETARY OF THE LOUISIANA DEPARTMENT OF CORRECTIONS
POST OFFICE BOX 44304
BATON ROUGE, LOUISIANA 70804

WHEREAS, it appears from the annexed duly certified copy of the indictment, verdict, sentence and judgment of the Supreme Court of Louisiana affirming the sentence of death; that at a session of the Honorable, 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, and held beginning on the 15th day of June, 1998, Jessie D. Hoffman was convicted on the 25th day of June, 1998 of the crime of First Degree Murder of Mary Elliott, in violation of La. R. S. 14:30, and that on the 27th day of June, 1998, the jury unanimously recommended that said defendant be sentenced to death and unanimously found the following aggravating circumstances, to-wit: (1) Aggravated Rape; (2) Aggravated Kidnapping; (3) Armed Robbery; and (4) the offense was committed in an especially heinous, atrocious or cruel manner in that the victim was subjected to torture, physical abuse or pitiless infliction of unnecessary pain and suffering and that in accordance with the said recommendation of the jury, His Honor, Donald M. Fendlason, of said Court, sentenced the said Jessie D. Hoffman to death on the 11th day of September, 1998; and said conviction and sentence of death was affirmed by the Supreme Court of Louisiana on the 11th day of April, 2000 with rehearing being denied on the 12th day of May, 2000; and further petition for writ of certiorari was denied by the United States Supreme Court on the 16th day of October, 2000.

NOW THEREFORE, I, Donald M. Fendlason, Judge of the 22nd Judicial District Court, being the Court of original jurisdiction, and in accordance with La. R. S. 15:567, do hereby direct and command you to cause the execution of Jessie D. Hoffman, the condemned in this case, in the manner provided by law. You shall cause the condemned Jessie D. Hoffman to be put to death on

EXHIBIT

**SCANNED**
JUN 24 2005

February 5, 2001, between the hours of 6:00 p.m. and 11:59 p.m., and you shall follow all of the requirements and requisites of the law in carrying out this execution.

THUS DONE, RENDERED, READ AND SIGNED in the City of Covington, Parish of St. Tammany, State of Louisiana, on this 5th day of December, 2000.

DONALD M. FENDLASON
DISTRICT JUDGE
22nd Judicial District Court
Parish of St. Tammany
State of Louisiana

SCANNED
JUN 2 4 2005

STATE OF LOUISIANA

22ND JUDICIAL DISTRICT COURT

PARISH OF ST. TAMMANY

| | |
|---|---|
| STATE EX REL. | |
| JESSIE D. HOFFMAN | |
| Petitioner | Case. No. 265637 |
| VERSUS | Division "H" |
| BURL CAIN, Warden, Louisiana State Penitentiary, Angola, Louisiana | |
| Respondent | |

FILED JAN 1 1 2001

## ORDER

Foregoing considered, IT IS ORDERED that Petitioner's *Motion to Recall the Warrant and Stay the Execution* be and hereby is GRANTED, and the warrant of execution setting February 5, 2001 as the date for Petitioner's execution be set aside as null and void.

IT IS FURTHER ORDERED that this case be referred to the Capital Post-Conviction Project of Louisiana, through the Louisiana Indigent Defense Board, for appointment of counsel to represent Petitioner throughout post-conviction, pursuant to La.R.S. 15:149.1. The Capital Post-Conviction Project, through its Director, is ORDERED to report progress on the appointment to this Court by the 15th day of March, 2001.

Signed this /2 day of Jan, 2001.

_____
JUDGE, 26th J.D.C.

EXHIBIT 2

SCANNED JUN 2 4 2005