# PHILLIP TERRELL

**District Attorney**
Ninth Judicial District
Rapides Parish

Post Office Box 7358
Alexandria, LA 71306
Telephone (318) 473-6650
Facsimile (318) 442-9276

February 10, 2025

    Today, Gov. Jeff Landry announced that the Louisiana Dept. of Corrections has implemented a protocol for carrying out sentences for defendants on Death Row.

    The promises made by juries and the justice system to the victims of the most heinous of crimes has been withheld for too long.

    Consequently, my office has prepared and filed a Death Warrant in the matter of the State of Louisiana v. Larry Roy.

Sincerely,
STATE OF LOUISIANA

*[signature: Phillip Terrell]*

**Phillip Terrell**
**District Attorney**

| | | |
|---|---|---|
| **STATE OF LOUISIANA** | : | **9TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | : | **PARISH OF RAPIDES** |
| **LARRY ROY** | : | **STATE OF LOUISIANA** |
| **SECTION "2"** | : | **NO. 235,372** |
| **FILED**_____ | : | _____**CLERK** |

## MOTION TO CAUSE THE ISSUANCE OF EXECUTION WARRANT

NOW INTO COURT, through the undersigned assistant district attorney, comes the State of Louisiana, moving the Court as follows:

### I.

The defendant was indicted for two counts of first degree murder on July 2, 1993. Roy was tried by jury for those crimes in 1994. The jury returned the verdict of guilty as charged on both counts on July 19, 1994 and returned a death sentence on July 21, 1994. This Court accepted the recommendation and imposed sentence on August 30, 1994.

### II.

The defendant filed an appeal with the Louisiana Supreme Court, the state responded, and the convictions and sentences were affirmed. *State v. Roy*, 95-0683 (La. 10/4/96), 681 So.2d 1230. The defendant filed an application for rehearing which was denied on November 15, 1996.

### III.

The rulings of the Louisiana Supreme Court were reviewed by the United States Supreme Court. The United States Supreme Court declined to review the rulings, effectively affirming the decisions of the Louisiana Supreme Court. *Roy v. Louisiana*, 117 S.Ct. 1474, 520 U.S. 1188, 137 L.Ed.2d 686, (1997).

### IV.

On August 17, 1997 a death warrant issued with an execution date of October 22, 1997. That death warrant was recalled and reissued on September 16, 1997.

### V.

All post-conviction pleadings have been resolved in favor of the State. The defendant made an application for clemency to the Louisiana Board of Pardons which was denied on November 8, 2023.

## VI.

At the present time, no Warrant of Execution has been signed setting the date of defendant's execution. There are no other outstanding applications for relief or stays of execution in this matter.

## VII.

The Supreme Court of Louisiana having affirmed defendant's death sentences, said judgment having become final after the denial of defendant's application for rehearing on November 15, 1996: the United States Supreme Court having affirmed the decisions of the lower courts in 1997, Larry Roy is eligible for a warrant of execution, more than thirty years after his sentence of death. The State requests that this Court, being the court of original jurisdiction, cause the issuance of a warrant commanding the execution of the defendant, in conformity with La. R.S. 15:567.

WHEREFORE, the State of Louisiana respectfully requests that the Court issue a warrant commanding the execution of the defendant, in conformity with La. R.S. 15:567.

RESPECTFULLY SUBMITTED,

PHILLIP J. TERRELL
DISTRICT ATTORNEY

_____
PHILLIP TERRELL #01147
DISTRICT ATTORNEY
MONICA DOSS, # 24695
LEA R. HALL, JR., #26318
ASSISTANT DISTRICT ATTORNEYS
Ninth Judicial District Court
Parish of Rapides
State of Louisiana
Post Office Box 1472
Alexandria, Louisiana 71309-1472
(318) 473-6650

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to Blythe Taplin, Counsel for Defendant, 636 Baronne Street, New Orleans, Louisiana 70113.

Alexandria, Louisiana, this 10 day of February, 2025.

_____
Phillip Terrell
District Attorney

STATE OF LOUISIANA

versus

LARRY ROY
b/m d.o.b. 11-20-1960

NUMBER: 235,372



9TH DISTRICT COURT
PARISH OF RAPIDES
STATE OF LOUISIANA

### WARRANT OF EXECUTION

Considering the *unanimous verdict for a sentence of death* returned in open court on July 21, 1994 and on motion of the State of Louisiana for a warrant of execution,

**IT IS HEREBY ORDERED** that that in accordance with the provisions of La. R.S. 15:567 and 15:569.1, the Secretary of Public Safety and Corrections of the State of Louisiana cause the execution of the condemned person, Larry Roy, b/m d.o.b. 11-20-1960, in the manner provided by law, said condemned person to be put to death on the 19th day of March, 2025, between 6 o'clock p.m. and 9:00 o'clock p.m.:

**IT IS FURTHER ORDERED** that the Clerk of this Court shall forward to the Secretary of the Department of Public Safety and Corrections of the State of Louisiana, a certified copy of the indictment, verdict, and sentence, as well as the decision of the Louisiana Supreme Court *State v. Roy*, 95-0683 (La. 10/4/96), 681 So.2d 1230, affirming the sentence of death for Larry Roy.

**IT IS FURTHER ORDERED** that upon receipt of this *Warrant of Execution* the Secretary of Public Safety and Corrections of the State of Louisiana shall provide a copy of the warrant and deliver it to the condemned person, Larry Roy.

**IT IS FURTHER ORDERED** that a certified copy of this *Warrant of Execution* shall be transmitted by the Clerk of this Court to the Honorable Jeff Landry, Governor of the State of Louisiana, in the form and manner directed by La. R.S. 15:567, Phillip J. Terrell, 9th Judicial District Attorney and to Blythe Taplin, counsel of record for Larry Roy.

Issued and signed at Alexandria, Louisiana, this the 10th day of February, 2025.

HON. LOWELL C. HAZEL,
DISTRICT JUDGE

STATE OF LOUISIANA, PARISH OF RAPIDES
I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS
A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE
AND OF RECORD IN THIS OFFICE.
IN FAITH, WHEREOF, WITNESS MY HAND AND SEAL OF
OFFICE, AT ALEXANDRIA, LOUISIANA, THIS 10th
DAY OF February A.D. 2025
BY _____ KAREN A. CORLEY
DY. CLERK OF COURT

4

FILED & RECORDED
KAREN A. CORLEY
CLERK OF COURT
2025 FEB 10 PM 2:25