# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>BOBBY JINDAL, et al., <br><br>    Defendants. | Civil Action No. 12-796-SDD-EWD |

## MOTION FOR EXPEDITED CONSIDERATION

Plaintiffs respectfully move this Court to consider Plaintiffs' Motion for Relief from Judgement Pursuant to Federal Rule of Civil Procedure 60(b)(6) (Rec. Docs. 318 and 318-1 (Memo. in Supp.)) and Supplemental Memorandum (Rec. Doc. 335) on an expedited basis because since Plaintiffs' Supplemental Memorandum filing on February 10, 2025, the State has obtained death warrants for Christopher Sepulvado and Jessie Hoffman with execution dates scheduled early next month on March 17 and March 18, respectively. A memorandum in support of this motion is attached.

Undersigned counsel contacted opposing counsel to obtain Defendants' position on the instant motion and received the following in response: "The State takes no position on Plaintiffs' motion for expedited consideration of their pending motion to reopen the case. The State, however, continues to oppose reopening the case as a matter of subject matter jurisdiction."

For these reasons, Plaintiffs respectfully request this Court grant this motion and consider Plaintiffs' Motion for Relief from Judgement Pursuant to Federal Rule of Civil Procedure 60(b)(6) (Rec. Docs. 318 and 318-1) on an expedited basis.

1

Dated: February 14, 2025

Respectfully submitted,

*/s/ Samantha Pourciau*
Samantha Bosalavage Pourciau,
La. Bar No. 39808
THE PROMISE OF JUSTICE INITIATIVE
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
sbosalavage@defendla.org

Cecelia Trenticosta Kappel, La. Bar No. 32736
Loyola Center for Social Justice
7214 St. Charles Ave. Box 907
New Orleans, Louisiana 70118
Tel: 504-861-5735
Email: ckappel@defendla.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically with the Clerk of Court using CM/ECF on this 14th day of February, 2025. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel for the Defendants.

*/s/ Samantha Pourciau*
Samantha Pourciau