IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, et al., <br>     Plaintiffs, <br> v. <br> BOBBY JINDAL, et al., <br>     Defendants. | Civil Action No. 12-796-SDD-EWD |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION**

On June 14, 2024, Plaintiffs filed their Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) (Rec. Doc. 318 and 318-1) seeking to reopen this action based on the material and extraordinary change of circumstances giving rise to a live controversy between the parties – that the Louisiana legislature amended the Louisiana Revised Statute to add two new methods of execution, nitrogen hypoxia and electrocution, in addition to lethal injection. Defendants filed their opposition on July 24, 2024 (Rec. Doc. 327), and Plaintiffs were granted leave to file and filed their Reply on August 9, 2024 (Rec. Doc. 330).

On February 10, 2025, the Louisiana Governor announced that the Department of Public Safety and Corrections has finalized and implemented an updated protocol for nitrogen hypoxia. (Rec. Doc. 335-2). Also on February 10, 2025, Plaintiffs filed a Motion for Leave to File an Emergency Supplemental Memorandum indicating that the State intended to move swiftly to resume executions. (Rec. Doc. 331). The Court granted the Motion for Leave on February 11, 2025 (Rec. Doc. 333), and the Emergency Supplemental Memorandum was added to the docket that same day (Rec. Doc. 335).

1

On February 12, 2025, after Plaintiffs filed their Supplemental Memorandum, the State obtained signed death warrants for Christoper Sepulvado and Jessie Hoffman. These executions are scheduled for early next month on March 17 and March 18, respectively (Ex. 1 (collection of signed warrants)).[1] The updated protocol announced by Governor Landry has not been publicly released and has not been provided to Christopher Sepulvado, Jessie Hoffman, or their attorneys.

Expedited consideration of Plaintiffs' motion to reopen this case is necessary to afford Plaintiffs – and especially Jessie Hoffman and Christopher Sepulvado – the protections afforded to them under the United States Constitution. Plaintiffs respectfully request expedited consideration of their Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) and a status call on the same.

Dated: February 14, 2025

Respectfully submitted,

*/s/ Samantha Pourciau*
Samantha Bosalavage Pourciau,
La. Bar No. 39808
THE PROMISE OF JUSTICE INITIATIVE
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
sbosalavage@defendla.org

Cecelia Trenticosta Kappel, La. Bar No. 32736
Loyola Center for Social Justice
7214 St. Charles Ave. Box 907
New Orleans, Louisiana 70118
Tel: 504-861-5735

---

[1] Plaintiffs' Emergency Supplemental Memorandum included as Exhibit 5 a death warrant that was signed on February 10 for Larry Roy to be executed on March 19, 2025. According to published reports that death warrant was recalled on February 12, but the Rapides Parish District Attorney submitted a request for a new warrant that same day, and the criminal district court denied the request on February 13. *See* Exhibit 2, *Two Louisiana executions set back-to-back, possibly the state's first using nitrogen gas*, The Advocate (Feb. 13, 2025), https://www.theadvocate.com/baton_rouge/news/politics/louisiana-death-penalty-execution-nitrogen-gas/article_3b3d7f72-6f9d-52ab-bf88-2bcf86e401e8.html#tncms-source=dontmiss-2 (last visited Feb. 14, 2025).

2

Email: ckappel@defendla.org

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of this document was filed electronically with the Clerk of Court using CM/ECF on this 14th day of February, 2025. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel for the Defendants.

                                                                */s/ Samantha Pourciau*
                                                                 Samantha Bosalavage Pourciau