# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, et al<br><br>    Plaintiffs,<br><br>v.<br><br>BOBBY JINDAL, et al<br><br>    Defendants. | Civil Action No. 12-796-SDD-EWD |

## EXHIBIT LIST

**Exhibit 1.**   Collection of signed death warrant for March 17, 2025 execution of Christopher Sepulvado and signed death warrant for March 18, 2025 execution of Jessie Hoffman

**Exhibit 2**   *Two Louisiana executions set back-to-back, possibly the state's first using nitrogen gas*, **The Advocate (Feb. 13, 2025)**

Dated: February 14, 2025

                        Respectfully submitted,

                        */s/ Samantha Pourciau*
                        Samantha Bosalavage Pourciau,
                        La. Bar No. 39808
                        THE PROMISE OF JUSTICE INITIATIVE
                        1024 Elysian Fields Avenue
                        New Orleans, LA 70117
                        Tel: (504) 529-5955
                        sbosalavage@defendla.org

                        Cecelia Trenticosta Kappel, La. Bar No. 32736
                        Loyola Center for Social Justice
                        7214 St. Charles Ave. Box 907
                        New Orleans, Louisiana 70118
                        Tel: 504-861-5735
                        Email: ckappel@defendla.org

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this document was filed electronically with the Clerk of Court using CM/ECF on this 14th day of February, 2025. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel for the Defendants.

                                              */s/ Samantha Pourciau*
                                              Samantha Pourciau