# EXHIBIT 2

https://www.nola.com/tncms/asset/editorial/a412a1fe-ea22-11ef-96fd-e78a954b10dc/

# Two Louisiana executions set back-to-back, possibly the state's first using nitrogen gas

BY MEGHAN FRIEDMANN AND JOHN SIMERMAN | Staff writers

Feb 13, 2025

Subscriber Exclusive



Gov. Jeff Landry announced in February 2025 that executions are set to resume in Louisiana, and state judges signed death warrants for two executions this March. In this file photo from 2009, a death row inmate clasped his hands at Angola Prison in B Tier, which housed 14 men.

Mark Saltz

*This story is only for subscribers like you, Amber. We appreciate your support.*

Louisiana has not executed anyone in 15 years. Now, under a pair of death warrants signed this week, the state could soon execute two people back-to-back.

Judges in St. Tammany Parish and DeSoto Parish have signed death warrants to schedule executions for March 17 and March 18.

Judge Alan Zaunbrecher of the 22nd Judicial District Court signed a death warrant Wednesday for Jessie Hoffman, who was sentenced to death for the 1996 execution-style killing of Mary "Molly" Elliott. Hoffman was accused of raping Elliott, a 28-year-old advertising executive, in a remote area of St. Tammany Parish before killing her. Hoffman's execution date is set for March 18, the warrant shows. Collin Sims, the district attorney for Washington and St. Tammany parishes, requested the warrant on Monday.

Hoffman's defense team filed a motion to recall the warrant on Thursday and asked to stay the execution pending the outcome of a long-pending challenge to the state's execution methods.

If his execution date holds, Hoffman could be executed by nitrogen gas. His execution is scheduled for one day after the first scheduled execution in 15 years, of Christopher Sepulvado. DeSoto Parish District Attorney Charles Adams sought Sepulvado's death warrant this week, and a judge signed off for his execution on March 17.

 Who is on death row in Louisiana? Here are the 57 names and their history.

Case 3:12-cv-00796-SDD-EWD    Document 336-4    02/14/25    Page 4 of 8

At 81, Sepulvado is the oldest of the 57 people on death row in Louisiana. He was convicted in the 1992 murder of his six-year-old stepson, Wesley Allen Mercer.

Shawn Nolan, Sepulvado's attorney, says Sepulvado's health has taken a bad turn and that he has been recommended for palliative care.

"This is really pretty outrageous that they're moving forward with this execution," Nolan said Thursday. Sepulvado is "in a wheelchair and is dying."

Nitrogen gas is untested in Louisiana, Nolan added.

The scheduled executions of Hoffman and Sepulvado are far from guaranteed. Their lawyers are expected to file a flurry of state and federal challenges to both the state's protocols and claims particular to each of their cases.

State Public Defender Rémy Starns released a statement this week that criticized the decision to move forward on executions, saying that death penalty cases are expensive for the public. He said his office has spent at least $7.7 million annually defending death penalty cases, which excludes additional costs from district attorneys' offices, courts and law enforcement.

Starns said that while his attorneys "will zealously and vigorously defend the rights of each and every person facing execution," doing so will diminish his offices' resources.

"Resuming executions will undoubtedly increase the expenditure of every entity involved," Starns said. "Its usage redirects state and local government resources that would be much better utilized in other areas that make communities safer. The death penalty only serves to champion retribution."

Legal challenges and a shortage of drugs used for lethal injection have left Louisiana's execution chamber dormant since 2010, when the state killed death row prisoner Gerald Bordelon at his request. Last year, Gov. Jeff Landry and state lawmakers set about to change that, adding nitrogen hypoxia and electrocution to lethal injection on a new menu of execution methods for the state.

Alabama is the only state so far to execute someone with nitrogen gas and last week killed its fourth condemned prisoner using the method. On Monday, Landry announced that Louisiana has a protocol and is ready to join Alabama in carrying out an execution by gas.

Another Louisiana district attorney, Phillip Terrell of Rapides Parish, was denied in his request to secure an execution warrant calling for Larry Roy to be put to death on March 19. Roy was convicted in the 1993 stabbing deaths of Freddie Richard Jr. and Rosetta Silas at a home in Cheneyville. The judge, Lowell Hazel, at first granted the death warrant for Roy this week, but then dismissed it as "null and void" after Roy's attorneys argued he hadn't yet exhausted his rights.

On Wednesday, Terrell again asked Hazel to sign a death warrant, according to the case docket, which shows Hazel denied the motion Thursday.

## Mixed views from victims

Top state officials, including Landry and Attorney General Liz Murrill, have vowed to see the executions carried out and promised justice for families.

"For too long, Louisiana has failed to uphold the promises made to victims of our State's most violent crimes; but that failure of leadership by previous administrations is over," Landry said in a news release Monday. "The time for broken promises has ended; we will carry out these sentences and justice will be dispensed."

Family members of victims have mixed views about whether perpetrators should be killed. During a special session on crime last year, some were vocal advocates of Landry's push to see the executions through.

One was Wayne Guzzardo. Death row inmate Todd Wessinger was convicted of killing Guzzardo's daughter, Stephanie Guzzardo, in 1995 inside the restaurant she managed. Guzzardo has fought for nearly 30 years for Wessinger's sentence to be carried out, saying the evidence in the case is clear and that Wessinger has had the chance to visit his family over the years, while he has to visit his daughter's grave.

Meanwhile, Brett Malone, whose mother was killed in 2000, has pleaded for mercy for the death row inmate, Jeremiah Manning, convicted in his mother's case. Malone has cited his faith as among his reasons to oppose Manning's death sentence, saying the death penalty is "reactionary rather than proactive or reparative."

Case 3:12-cv-00796-SDD-EWD    Document 336-4    02/14/25    Page 7 of 8

## Opposition mounts

Opposition has also mounted from some members of the Catholic and Jewish communities, who are gearing up to fight the executions.

The Louisiana Conference of Catholic Bishops, who opposed the state's decision last year to expand execution methods, released a statement Thursday opposing the death warrants.

"We promote a culture of life, not death, in this great State we love," it said. "As bishops, we will continue to promote life from conception to natural death and work to end the execution of another human being."

As Louisiana began to pursue nitrogen hypoxia as a new execution method last year, some Jewish leaders formed the coalition Jews Against Gassing. The group plans to rally Feb. 17 in New Orleans to oppose the death warrants, according to a news release.

"The use of poison gas for state sanctioned execution unmistakably and immediately evokes for millions of American Jews horrific memories of the depravities our ancestors endured at the hands of Nazi Germany, when lethal gas was used to mass murder our people," said Rabbi Phil Kaplan of Metairie's Congregation Beth Israel.

Email Meghan Friedmann at meghan.friedmann@theadvocate.com.

MORE INFORMATION

2/14/25, 3:15 PM
Louisiana schedules first 2 death row executions in 15 years | State Politics | theadvocate.com
Case 3:12-cv-00796-SDD-EWD    Document 336-4    02/14/25    Page 8 of 8



Who is on death row in Louisiana? Here are the 57 names and their history.