# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, et al<br><br>        Plaintiffs,<br><br>v.<br><br>BOBBY JINDAL, et al<br><br>        Defendants. | Civil Action No. 12-796-SDD-EWD |

## PROPOSED ORDER

The Court, having received and considered Plaintiffs' Motion for Expedited Consideration of Plaintiffs' Motion for Relief from Judgement Pursuant to Federal Rule of Civil Procedure 60(b)(6).

**IT IS ORDERED**, that Plaintiffs' motion be granted and that Plaintiffs' Motion for Relief from Judgement Pursuant to Federal Rule of Civil Procedure 60(b)(6) be considered on an expedited basis.

Baton Rouge, Louisiana, this _____ day of _____, 2025

_____
The Honorable Shelly D. Dick
United States District Court
for the Middle District of Louisiana