## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

JESSIE HOFFMAN, *et al*

VERSUS

BOBBY JINDAL, *et al*

CIVIL ACTION

NO. 12-796-SDD-EWD

## <u>JUDGMENT</u>

For written reasons assigned in this Court's Ruling[1] in the above-captioned matter;

Judgment is hereby rendered granting Plaintiffs' *Motion for Expedited Consideration*[2] and *Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6).*[3]

This Court's March 31, 2022 Judgment, which dismissed this matter without prejudice, is hereby VACATED.

Signed in Baton Rouge, Louisiana, this 21st day of February 2025.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] R. Doc. 337.
[2] R. Doc. 336.
[3] R. Doc.318.