# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 24, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-30088   In re: Gary Westcott
                     USDC No. 3:12-CV-796

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Jorge Benjamin Aguinaga
Ms. Cecelia Trenticosta Kappel
Ms. Nishi L Kumar
Mr. Michael L. McConnell

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 24, 2025

Lyle W. Cayce
Clerk

No. 25-30088

_____

IN RE GARY WESTCOTT, *Secretary, Louisiana Department of Public Safety and Corrections*; DARREL VANNOY, *Warden, Louisiana State Penitentiary, In His Official Capacity*,

*Petitioners.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Middle District of Louisiana
USDC No. 3:12-CV-796

_____

UNPUBLISHED ORDER

Before HAYNES, HO, and OLDHAM, *Circuit Judges*.

PER CURIAM:

  IT IS ORDERED that the request for a temporary administrative stay of the District Court's February 21, 2025 order is GRANTED.