# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 17, 2025

Mr. Michael L. McConnell  
Middle District of Louisiana, Baton Rouge  
United States District Court  
777 Florida Street  
Room 139  
Baton Rouge, LA 70801

  No. 25-30088   In re: Gary Westcott  
         USDC No. 3:12-CV-796

Dear Mr. McConnell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

cc w/encl:
    Mr. Jorge Benjamin Aguinaga
    Ms. Cecelia Trenticosta Kappel
    Ms. Nishi L Kumar
    Ms. Samantha Bosalavage Pourciau

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 17, 2025
Lyle W. Cayce
Clerk

No. 25-30088

IN RE GARY WESTCOTT, *Secretary, Louisiana Department of Public Safety and Corrections*; DARREL VANNOY, *Warden, Louisiana State Penitentiary, In His Official Capacity*,

*Petitioners.*

Petition for a Writ of Mandamus
to the United States District Court
for the Middle District of Louisiana
USDC No. 3:12-CV-796

UNPUBLISHED ORDER

Before HAYNES, HO, and OLDHAM, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED AS MOOT.

IT IS FURTHER ORDERED that the request for an administrative stay of the District Court's February 21, 2025 order is DENIED.

A True Copy
Certified order issued Mar 17, 2025

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit