# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BOBBY JINDAL, et al.,<br><br>    Defendants. | Civil Action No. 12-796-SDD-EWD |

**EXECUTION SCHEDULED FOR MARCH 18, 2025**

**MOTION TO VIDEOTAPE AND/OR LIVESTREAM EXECUTION**

NOW COMES Plaintiffs, who respectfully move this Court pursuant to Federal Rules of Civil Procedure 1, 26, and 34, and this Court's discretion over these proceedings, to order Defendants to permit undersigned counsel or their designee to videotape Plaintiff Jessie Hoffman's execution, for the reasons detailed in the accompanying memorandum.

Dated: March 18, 2025

Respectfully submitted,

/s/ *Cecelia Trenticosta Kappel*
Cecelia Trenticosta Kappel, La. Bar No. 32736
Loyola Center for Social Justice
7214 St. Charles Ave. Box 907
New Orleans, Louisiana 70118
Tel: 504-861-5735
Email: ckappel@defendla.org

1

Samantha Bosalavage Pourciau, La. Bar No. 39808
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
Sbosalavage@defendla.org

*Counsel for Plaintiffs Anthony Bell, Daniel Blank, Henri Broadway, Nathaniel Code, Jessie Hoffman, Daniel Irish, Jason Reeves, Willie Tart, James Tyler, and Todd Wessinger*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using CM/ECF on this 18th day of March, 2025. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel of record for Defendants.

          /s/ *Cecelia Trenticosta Kappel*
          Cecelia Trenticosta Kappel