# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 17, 2025
Lyle W. Cayce
Clerk

No. 25-30088
USDC No. 3:12-CV-796

---

IN RE GARY WESTCOTT, *Secretary, Louisiana Department of Public Safety and Corrections*; DARREL VANNOY, *Warden, Louisiana State Penitentiary, In His Official Capacity*,

*Petitioners.*

## WRIT OF MANDAMUS

To the Honorable Shelly Dick, Judge of the United States District Court for the Middle District of Louisiana:

The United States Court of Appeals for the Fifth Circuit GRANTED the petition for writ of mandamus on April 17, 2025.

You are hereby ORDERED to vacate its February 21, 2025, order and deny the Rule 60(b) motion.

Done this day, April 17, 2025.

> LYLE W. CAYCE, CLERK
> United States Court of Appeals
> for the Fifth Circuit
> /s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 17, 2025

Honorable Shelly Deckert Dick  
U.S. District Court, Middle District of Louisiana  
777 Florida Street  
Suite 301  
Baton Rouge, LA 70801

    No. 25-30088   In re: Gary Westcott  
                        USDC No. 3:12-CV-796

Dear Judge Dick:

I enclose a Writ of Mandamus directed to you.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____  
                                          Roeshawn Johnson, Deputy Clerk  
                                          504-310-7998

cc w/encl:  
    Mr. Jorge Benjamin Aguinaga  
    Ms. Cecelia Trenticosta Kappel  
    Ms. Nishi L Kumar  
    Mr. Michael L. McConnell  
    Ms. Samantha Bosalavage Pourciau